FORM B5(12/03)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE: (Name of Debtor - If Individual: Last, First, Middle)<br>**Samuel P. Okner** | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.)<br>**Sam Okner** |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**100 Timber Lane**<br>**Glencoe, IL 60022** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS

TYPE OF DEBTOR
■ Individual         ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Corporation        ☐ Railroad
☐ Other: _____

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2.  ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>            or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition (6/92)

Name of Debtor    Samuel P. Okner
Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Myron E. Siegel**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Myron E. Siegel
2275 Half Day Road
Suite 350 - PMB 1294
Bannockburn, IL 60015-1277

X _____
Signature of Attorney                                  10/14/05 Date

**Gregory K. Stern, P.C.**
Name of Attorney Firm (If any)
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Address
Telephone No.  312 427-1558

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                                     Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

**Ross Products, A Division of Abbott Labs**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                                     Date

**Jay K. Levy, Esq.**
Name of Attorney Firm (If any)
Weltman Weinberg and Reis
10 South LaSalle Street
Suite 900
Chicago, IL 60603
Address
Telephone No.  312 782-9676

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Myron E. Siegel<br>2275 Half Day Road<br>Suite 350 - PMB 1294<br>Bannockburn, IL 60015-1277 | Judgment | 511,041.00 |
| Maryland & Virginia Milk Producers Coop<br>c/o Peter J. Schmidt, Esq.<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60602-1207 | Judgment | 1,400,000.00 |
| Ross Products, A Division of Abbott Labs<br>c/o Jay K. Levy, Esq.<br>Weltman Weinberg and Reis<br>10 South LaSalle Street, Suite 900<br>Chicago, IL 60603 | Judgment | 45,392.67 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**1,956,433.67**

___0___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Name of Debtor __Samuel P. Okner__

Case No. _____
(court use only)

FORM B5 (Involuntary Petition)
(6/92)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Myron E. Siegel**
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Myron E. Siegel
2275 Half Day Road
Suite 350 - PMB 1294
Bannockburn, IL 60015-1277

X _____
Signature of Attorney                Date

**Gregory K. Stern, P.C.**
Name of Attorney Firm (If any)

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Address

Telephone No. __312 427-1558__

X _/s/ Allen K. O'Hara_ 10/7/05
Signature of Petitioner or Representative (State title)

**Maryland & Virginia Milk Producers Cooperative Association**
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Allen K. O'Hara, Secretary/Asst Genl Mgr
1985 Isaac Newton Square West
Reston, VA 20190

X _/s/_ 10/10/05
Signature of Attorney                Date

**Peter J. Schmidt, Esq.**
Name of Attorney Firm (If any)
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60602-1207
Address

Telephone No. __312 627-2114__

X _____
Signature of Petitioner or Representative (State title)

**Ross Products, A Division of Abbott Labs**
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney                Date

**Jay K. Levy, Esq.**
Name of Attorney Firm (If any)
Weltman Weinberg and Reis
10 South LaSalle Street
Suite 900
Chicago, IL 60603
Address

Telephone No. __312 782-9676__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Myron E. Siegel<br>2275 Half Day Road<br>Suite 350 - PMB 1294<br>Bannockburn, IL 60015-1277 | Judgment | 511,041.00 |
| Maryland & Virginia Milk Producers Cooperative Association<br>1985 Isaac Newton Square West<br>Reston, VA 20190 | Judgment | 1,400,000.00<br><br>plus interest |
| Ross Products, A Division of Abbott Labs<br>c/o Jay K. Levy, Esq.<br>Weltman Weinberg and Reis<br>10 South LaSalle Street, Suite 900<br>Chicago, IL 60603 | Judgment | 45,392.67 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,956,433.67 |

_____ 0 _____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

FORM 5 Involuntary Petition (6/92)

Name of Debtor: **Samuel P. Okner**
Case No._____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Myron E. Siegel**
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Myron E. Siegel
2275 Half Day Road
Suite 350 - PMB 1294
Bannockburn, IL 60015-1277

X_____
Signature of Attorney                Date

Gregory K. Stern, P.C.
Name of Attorney Firm (If any)
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Address
Telephone No.  312 427-1558

X_____
Signature of Petitioner or Representative (State title)

**Maryland & Virginia Milk Producers Cooperative Assoc. Inc.**
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:

X_____
Signature of Attorney                Date

Peter J. Schmidt, Esq.
Name of Attorney Firm (If any)
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60602-1207
Address
Telephone No.  312 627-2114

X /s/ Philip C. Polk
Signature of Petitioner or Representative (State title)

**Ross Products, A Division of Abbott Labs**
Name of Petitioner  Philip Polk                Date Signed  10-13-05

Name & Mailing Address of Individual Signing in Representative Capacity:
Philip Polk
Ross Products Div of Abbott
625 Cleveland Ave (?) Busch Blvd
Columbus, OH 43224

X_____
Signature of Attorney                Date

Jay K. Levy, Esq.
Name of Attorney Firm (If any)
Weltman Weinberg and Reis
10 South LaSalle Street
Suite 900
Chicago, IL 60603
Address
Telephone No.  312 782-9676

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Myron E. Siegel<br>2275 Half Day Road<br>Suite 350 - PMB 1294<br>Bannockburn, IL 60015-1277 | Judgment | 511,041.00 |
| Maryland & Virginia Milk Producers Coop<br>c/o Peter J. Schmidt, Esq.<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60602-1207 | Judgment | 1,400,000.00 |
| Ross Products, A Division of Abbott Labs<br>c/o Jay K. Levy, Esq.<br>Weltman Weinberg and Reis<br>10 South LaSalle Street, Suite 900<br>Chicago, IL 60603 | Judgment | 45,392.67 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: **1,956,433.67**

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy