# Exhibit 3

SEPTEMBER 10, 2007

SUMMARY OF CHARGES INCLUDED IN THIS BILLING

| | | | |
|---|---|---|---:|
| T.M. LOMBARDO | 21.40 Hrs | 220.00/Hr | 4,708.00 |
| C.R. MILLER | 27.80 Hrs | 60.00/Hr | 1,668.00 |
| D.P. DAWSON | 46.30 Hrs | 373.75/Hr | 17,305.00 |

Total Services .......... 93.50 Hrs .......  $   23,681.00

Total Disbursements ........................  $        92.00

Total Other Charges ........................  $   23,773.00


TOTAL BALANCE DUE ..........................  $   23,773.00
                                                ==============

| CURRENT | 1 MONTH | 2 MONTH | 3+ MONTH |
|---|---|---|---|
| | | | |

SEPTEMBER 10, 2007

OKNER

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | SERVICES RENDERED: | | |
| 08/21/06 | DPD MEETING AT G. PALOIAN OFFICE REGARDING REVIEW FACTS AND DOCUMENTS RELATED TO POTENTIAL CLAIMS. | 2.30 | 805.00 |
| 04/04/07 | DPD DRAFT RETENTION LETTER. | .50 | 187.50 |
| | DPD DRAFT APPLICATION TO EMPLOY NISEN & ELLIOTT. | 1.30 | 487.50 |
| | DPD CALL FROM G. PALOIAN RE: DISCUSS STATUS, FACTS AND RETENTION. | .30 | 112.50 |
| | DPD RESEARCH OKNER RELEVANT PLEADINGS. | .80 | 300.00 |
| 04/05/07 | DPD REVIEW AND REVISE APPLICATION TO EMPLOY AND RETENTION LETTER. | .30 | 112.50 |
| 04/10/07 | DPD REVISE RETENTION LETTER AND APPLICATION TO EMPLOY. | .50 | 187.50 |
| | DPD DRAFT E-MAIL TO B. FACTOR RE: SAME. | .10 | 37.50 |
| 04/18/07 | DPD RECEIVE AND REVIEW E-MAIL FROM W. FACTOR RE: STATUS. | .10 | 37.50 |
| 04/19/07 | DPD REVIEW CONFLICT REPORT RE: NO CONFLICTS. | .10 | 37.50 |
| | DPD DRAFT AFFIDAVIT IN SUPPORT OF APPLICATION. | .50 | 187.50 |
| | DPD E-MAIL TO W. FACTOR RE: SAME. | .10 | 37.50 |
| 04/20/07 | DPD CALL TO G. PALOIAN RE: STATUS. | .10 | 37.50 |
| 05/01/07 | DPD RECEIVE AND REVIEW E-MAIL AND SUGGESTED REVISIONS TO APPLICATION BY W. FACTOR. | .20 | 75.00 |
| | DPD RECEIVE AND REVIEW E-MAIL AND SUGGESTED REVISIONS TO AFFIDAVIT BY W. FACTOR. | .20 | 75.00 |
| | DPD RECEIVE AND REVIEW E-MAIL AND SUGGESTED REVISIONS TO RETENTION LETTER BY W. FACTOR. | .20 | 75.00 |
| 05/02/07 | DPD CALL FROM B. FACTOR RE: REVIEW REVISIONS. | .10 | 37.50 |
| | DPD FINAL REVISIONS AND ATTENTION TO NOTICE OF APPLICATION; AFFIDAVIT AND RETENTION LETTER. | .20 | 75.00 |
| | DPD CALL FROM G. PALOIAN RE: RETENTION LETTER. | .10 | 37.50 |
| 05/08/07 | DPD RECEIVE AND REVIEW EXECUTED RETENTION LETTER. | .10 | 37.50 |
| 05/10/07 | DPD CALL FROM G. PALOIAN AND B. FACTOR RE: STATUS. | .10 | 37.50 |
| 05/23/07 | DPD CALL FROM B. FACTOR RE: HEARING ON APPLICATION TO EMPLOY NISEN & ELLIOTT AND ALAN SHAPIRO. | .30 | 112.50 |
| | DPD REVIEW APPLICATION AND BACKGROUND FACTS RE: PREPARATION FOR HEARING. | .30 | 112.50 |
| | DPD RECEIVE AND REVIEW E-MAIL FROM B. FACTOR RE: MEETING. | .10 | 37.50 |
| 05/24/07 | TML DISCUSS CASE BACKGROUND WITH DPD IN PREPARATION FOR MEETING WITH GUS PALOIAN, AND IDENTIFY TASKS THAT NEED TO BE ACCOMPLISHED. | .20 | 44.00 |

```
                                                         SEPTEMBER 10, 2007 PAGE   2
```

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | TML REVIEW COURT DOCUMENTS TO DETERMINE DEADLINE FOR FILING ANY ACTIONS. | .20 | 44.00 |
| | DPD COURT APPEARANCE RE: HEARING ON APPLICATION TO EMPLOY NISEN & ELLIOTT. | 1.00 | 375.00 |
| | DPD CONFERENCE WITH T. LOMBARDO RE: BACKGROUND FACTS AND PROCEEDING. | .20 | 75.00 |
| | DPD E-MAIL TO W. FACTOR AND G. PALOIAN RE: MEETING. | .10 | 37.50 |
| | DPD RECEIVE AND REVIEW E-MAILS FROM G. PALOIAN AND B. FACTOR RE: RESPONSE. | .10 | 37.50 |
| | DPD E-MAIL TO ALL RE: REPLY AND CONFIRM MEETING. | .10 | 37.50 |
| 05/25/07 | TML MEETING AT SEYFARTH & SHAW WITH GUS PALOIAN TO PREVIEW FACTS AND STRATEGY FOR OKNER CLAIMS. | 2.90 | 638.00 |
| | DPD MEETING WITH G. PALOIAN AND B. FACTOR AT SEYFARTH RE: BACKGROUND FACTS AND THEORIES OF RECOVERY INCLUDING POTENTIAL DEFENDANTS AND ASSETS. | 2.80 | 1,050.00 |
| 05/26/07 | DPD REVIEW PARTIAL TRANSCRIPT OF 341 EXAM OF OKNER. | 1.60 | 600.00 |
| 05/29/07 | TML ANALYZE SAM OKNER'S CITATION TO DISCOVER ASSETS TRANSCRIPT TAKEN BY SACK'S CONSTRUCTION. | 2.40 | 528.00 |
| | DPD REVIEW CITIZENS BANK POSITION INCLUDING REVIEW OF CITIZENS CITATION EXAMINATION OF OKNER AND TRUST AGREEMENT. | 1.40 | 525.00 |
| 05/30/07 | DPD RECEIVE AND REVIEW NOTICE RE: SERVICE. | .10 | 37.50 |
| 05/31/07 | DPD RECEIVE AND REVIEW NOTICE OF US TRUSTEE WITHDRAWL OF MOTION TO EXTEND 727 OBJECTION. | .10 | 37.50 |
| | DPD CALL FROM G. PALOIAN RE: STATUS OF SETTLEMENT NEGOTIATIONS. | .10 | 37.50 |
| 06/01/07 | CRM REVIEWED OKNER TAX RETURNS. | 1.75 | 105.00 |
| | CRM REVIEWED OKNER PROPERTY RECORDS | 1.25 | 75.00 |
| 06/04/07 | CRM REVIEWED OKNER FILES REGARDING DOCUMENTATION OF HIS CORPORATIONS. | 2.00 | 120.00 |
| 06/05/07 | CRM ANALYZED RECORDS OF OKNER'S CORPORATIONS. | 2.50 | 150.00 |
| | CRM REVIEWED OKNER'S CITATION. | 1.50 | 90.00 |
| | CRM ANALYZED TRANSACTIONS OF OKNER TRUSTS. | 2.00 | 120.00 |
| 06/06/07 | CRM PREPARED CATALOGUE OF OKNER ASSETS. | 3.10 | 186.00 |
| | DPD CALL FROM G. PALOIAN RE: STATUS OF SETTLEMENT NEGOTIATION. | .10 | 37.50 |
| 06/07/07 | CRM CATALOGUED OKNER PROPERTY. | 1.50 | 90.00 |
| | CRM CATALOGUED OKNER'S CORPORATIONS. | 2.00 | 120.00 |
| 06/08/07 | CRM ANALYZED AND CATALOGUED OKNER ASSETS. | 3.20 | 192.00 |
| | DPD MEETING WITH CRM RE: REVIEW ASSET ANALYSIS. | .30 | 112.50 |

SEPTEMBER 10, 2007  PAGE   3

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | DPD CALL TO G. PALOIAN RE: SAME. | .10 | 37.50 |
| | DPD LEGAL RESEARCH RE: APPLICABLE LIMITATIONS ON OKNER ASSET TRANSFERS. | .90 | 337.50 |
| 06/09/07 | DPD REVIEW FIRST SITTING OF 2004 EXAM OF SEYMOUR OKNER AND RELATED EXHIBITS. | 1.90 | 712.50 |
| 06/10/07 | DPD REVIEW SECOND SITTING OF 2004 EXAM OF SEYMOUR OKNER AND RELATED EXHIBITS. | 1.60 | 600.00 |
| 06/11/07 | CRM CONTINUED PREPARATION OF CATALOGUE OF OKNER'S ASSETS. | 2.50 | 150.00 |
| | CRM ANALYZED OKNER CHECKING ACCOUNT. | 1.60 | 96.00 |
| | DPD REVIEW PRELIMINARY INDEX OF ASSETS RELATED TO SAM OKNER AND INITIAL ANALYSIS. | 2.80 | 1,050.00 |
| | DPD REVISE LISTING AND TRANSFER DESCRIPTIONS INCLUDING DETAIL AND ORGANIZATION. | 1.70 | 637.50 |
| | DPD MEETING WITH CRM RE: FINAL REVISIONS. | 1.00 | 375.00 |
| | DPD DRAFT CORRESPONDENCE TO G. PALOIAN RE: ABOVE. | .20 | 75.00 |
| | DPD LISTEN TO FIRST MEETING OF CREDITOR TAPE. | .90 | 337.50 |
| 06/12/07 | CRM DRAFTED MEMO DETAILING ADDITIONAL OKNER DOCUMENTS. | .90 | 54.00 |
| | DPD MEET WITH CRM RE: REMAINING DOCUMENTS RELATED TO CLAIMS. | .30 | 112.50 |
| | DPD ATTENTION TO TAX RETURNS AND BINDER FOR TRUSTEE. | .10 | 37.50 |
| | DPD RECEIVE AND REVIEW MEMO FROM CHRIS RE: ADDITIONAL DOCUMENTS INCLUDING CHECKS, ATTORNEY NOTES AND REVIEW DOCUMENTS. | .30 | 112.50 |
| | DPD E-MAIL TO G. PALOIAN RE: SAME. | .20 | 75.00 |
| 06/13/07 | DPD DRAFT CORRESPONDENCE TO G. PALOIAN RE: TAX RETURNS AND ATTENTION TO SAME. | .20 | 75.00 |
| | DPD CALL TO G. PALOIAN RE: STATUS. | .10 | 37.50 |
| 07/02/07 | DPD CALL TO G. PALOIAN RE: STATUS. | .10 | 37.50 |
| | DPD RECEIVE AND REVIEW E-MAIL FROM G. PALOIAN INCLUDING EARLY DRAFT OF AGREEMENT. | .40 | 150.00 |
| 07/05/07 | DPD CALL FROM G. PALOIAN RE: STATUS AND DISCUSS DISCHARGEABILITY ISSUE. | .10 | 37.50 |
| | DPD CALL TO W. FACTOR RE: COORDINATE MOTION. | .10 | 37.50 |
| | DPD DRAFT MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE. | .50 | 187.50 |
| | DPD DRAFT ORDER. | .10 | 37.50 |
| | DPD RECEIVE AND REVIEW FAX FROM B. FACTOR RE: SAME. | .10 | 37.50 |
| 07/06/07 | DPD RECEIVE AND REVIEW E-MAIL FROM G. PALOIAN RE: MOTION TO EXTEND. | .10 | 37.50 |
| | DPD CALL TO B. FACTOR RE: POSITION OF US TRUSTEE. | .10 | 37.50 |

SEPTEMBER 10, 2007   PAGE   4

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | DPD CALL TO G. PALOIAN RE: SAME. | .10 | 37.50 |
| | DPD CALL TO G. SILVER RE: MOTION TO EXTEND AND US TRUSTEE POSITION. | .20 | 75.00 |
| | DPD REVISE MOTION AND ORDER RE: ABOVE AND FINAL EDIT. | .50 | 187.50 |
| | DPD E-MAIL TO B. FACTOR AND G. PALOIAN RE: REVISED MOTION TO EXTEND 727 DEADLINE FOR TRUSTEE ONLY. | .20 | 75.00 |
| | DPD RECEIVE AND REVIEW E-MAIL FROM G. PALOIAN RE: APPROVAL. | .10 | 37.50 |
| | DPD CALL FROM G. PALOIAN RE: ADDITIONAL REVISION AND NOTICE TO G. SILVER. | .10 | 37.50 |
| | DPD REVISE MOTION AND ORDER ACCORDINGLY. | .20 | 75.00 |
| 07/13/07 | DPD RECEIVE AND REVIEW U.S. TRUSTEE'S MOTION TO EXTEND TIME FOR DISCHARGE. | .20 | 75.00 |
| 07/16/07 | DPD CALL FROM G. PALOIAN RE: INFORMATION RELATED TO TRANSFERS. | .10 | 37.50 |
| | DPD ATTENTION TO ANSWERS FOR G. PALOIAN AND RELATED DOCUMENTS. | .40 | 150.00 |
| | DPD DRAFT CORRESPONDENCE TO G. PALOIAN RE: ABOVE. | .20 | 75.00 |
| 07/17/07 | DPD COURT APPEARANCE RE: MOTION TO EXTEND DATE FOR TRUSTEE TO OBJECT TO DISCHARGE. | 1.00 | 375.00 |
| | DPD DRAFT CORRESPONDENCE TO G. PALOIAN RE: ORDER. | .10 | 37.50 |
| 07/19/07 | DPD RECEIVE AND REVIEW E-MAIL RE: ORDER EXTENDING 727 DEADLINE FOR US TRUSTEE. | .10 | 37.50 |
| 07/23/07 | DPD RECEIVE AND REVIEW E-MAIL RE: AMENDED TAX CLAIM. | .10 | 37.50 |
| | DPD CALL TO G. PALOIAN RE: SETTLEMENT STATUS. | .10 | 37.50 |
| 07/27/07 | DPD CALL FROM G. PALOIAN RE: SETTLEMENT STATUS AND POSSIBLE COMPLAINT ISSUES. | .20 | 75.00 |
| | DPD CONFERENCE CALL WITH G. PALOIAN AND B. FACTOR RE: PREPARATION. | .10 | 37.50 |
| | DPD E-MAIL TO B. FACTOR RE: SAME. | .10 | 37.50 |
| 08/01/07 | TML BEGIN RESEARCH FOR OKNER ADVERSARY COMPLAINT(S). | 1.10 | 242.00 |
| | DPD DRAFT E-MAIL TO G. PALOIAN RE: TESTIMONY INFORMATION. | .10 | 37.50 |
| | DPD RECEIVE AND REVIEW E-MAIL FORM G. PALOIAN RE: RESPONSE. | .10 | 37.50 |
| | DPD ANALYZE POTENTIAL CAUSES OF ACTION WITH T. LOMBARDO. | .30 | 112.50 |
| 08/08/07 | TML CONTINUE ANALYZING NUMEROUS DOCUMENTS RELATING TO TRANSFERS OF PROPERTY AND VARIOUS OKNER FAMILY TRUSTS IN ORDER TO GATHER INFORMATION | 2.60 | 572.00 |

SEPTEMBER 10, 2007 PAGE    5

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| | | NEEDED TO DRAFT ADVERSARY COMPLAINT. | | |
| 08/09/07 | TML | CONTINUE ANALYZING EXTENSIVE DOCUMENTS TO IDENTIFY NECESSARY ALLEGATIONS FOR ADVERSARY COMPLAINT RELATING TO ICF / DEBTOR'S FATHER AND WIFE AND THEIR FAMILY TRUSTS. | 3.10 | 682.00 |
| | TML | CONTINUE DRAFTING ADVERSARY COMPLAINT RELATING TO ICF, DEBTOR'S FAMILY TRUSTS, HIS WIFE AND FATHER. | 3.30 | 726.00 |
| 08/10/07 | TML | CONTINUE DRAFTING ADVERSARY COMPLAINT PRIMARILY RELATED TO TIMBER LANE PROPERTY, ICF ENTITIES AND OKNER FAMILY TRUSTS. | 2.80 | 616.00 |
| | TML | CONTINUE ANALYZING DOCUMENTS TO GATHER ADDITIONAL SOURCES OF RECOVERY TO INCLUDE IN ADVERSARY COMPLAINT. | 1.40 | 308.00 |
| | CRM | ANALYZED OKNER ASSET TRANSFERS, DRAFTED MEMO. | .80 | 48.00 |
| | CRM | CONFERENCE WITH TML RE: OKNER ASSET TRANSFERS. | .60 | 36.00 |
| 08/13/07 | TML | MEETING WITH TRUSTEE GUS PALOIAN AND ATTORNEY BILL FACTOR AT SEYFARTH REGARDING OKNER ADVERSARY COMPLAINT(S) AND RELATED STRATEGY. | 1.40 | 308.00 |
| | CRM | CONFERENCE WITH DPD RE: OKNER ASSET TRANSFERS. | .60 | 36.00 |
| | DPD | PREPARE FOR MEETING WITH B. FACTOR INCLUDING REVIEW OF DRAFT COMPLAINT AND ASSET ANALYSIS; | 1.10 | 412.50 |
| | DPD | RECEIVE AND REVIEW E-MAIL FORM B. FACTOR RE: MEETING REVISION. | .10 | 37.50 |
| | DPD | CALL TO B. FACTOR RE: SAME. | .10 | 37.50 |
| | DPD | REVIEW MOTION TO COMPROMISE CONTROVERSIES. | .30 | 112.50 |
| | DPD | MEETING AT SEYFARTH WITH B. FACTOR (AND G. PALOIAN) RE: POTENTIAL DEFENDANTS, THEORIES AND POSSIBLE ADDITIONAL INFORMATION FOR COMPLAINT. | 1.40 | 525.00 |
| 08/27/07 | DPD | DRAFT FEE APPLICATION. | 1.70 | 637.50 |
| | DPD | CALL FROM G. PALOIAN RE: 727 DEADLINE AND SETTLEMENT STATUS. | .20 | 75.00 |
| | DPD | DRAFT MOTION TO EXTEND 727 DEADLINE AND ORDER. | .40 | 150.00 |
| 08/28/07 | DPD | REVISE MOTION TO EXTEND DISCHARGE ORDER. | .20 | 75.00 |
| | DPD | E-MAIL TO G. SILVER RE: SAME. | .20 | 75.00 |
| 09/04/07 | DPD | CALL TO G. PALOIAN RE: HEARING ON EXTENDING OBJECTION TO DISCHARGE AND STATUS OF SETTLEMENT. | .20 | 75.00 |
| 09/05/07 | DPD | COURT APPEARANCE RE: MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE. | 1.10 | 412.50 |
| | DPD | CALL FROM J. ROSE RE: SETTLEMENT, STATUS OF FUNDING ESCROW AND MOTION. | .20 | 75.00 |
| | DPD | CALL FROM G. PALOIAN RE: ABOVE. | .10 | 37.50 |

SEPTEMBER 10, 2007 PAGE   6

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 09/07/07 | DPD REVISE MOTION TO PAY NISEN & ELLIOTT AS SPECIAL COUNSEL. | .40 | 150.00 |
|  | DPD LEGAL RESEARCH RE: ALTERNATIVE PAYMENT METHOD AFTER APPROVED CONTINGENCY FEE AGREEMENT. | 1.20 | 450.00 |
| 09/12/07 | DPD COURT APPEARANCE RE: MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE. | 1.00 | 375.00 |
| 09/29/07 | DPD COURT APPEARANCE RE: MOTION TO PAY SPECIAL COUNSEL. | 1.00 | 375.00 |
|  | SERVICES RENDERED | 95.50 | $ 23,681.00 |
|  | DISBURSEMENTS: |  |  |
|  | DUPLICATING CHARGES |  | 92.00 |
|  | DISBURSEMENTS |  | $     92.00 |
|  | TOTAL |  | $ 23,773.00 |

RECAP OF FEES BILLED

| | | | |
|---|---|---|---:|
| T.M. LOMBARDO | 21.40 Hrs | 220.00/Hr | 4,708.00 |
| C.R. MILLER | 27.80 Hrs | 60.00/Hr | 1,668.00 |
| D.P. DAWSON | 46.30 Hrs | 373.75/Hr | 17,305.00 |
| TOTAL | 95.50 Hrs |  | $ 23,681.00 |

| CURRENT | 1 MONTH | 2 MONTH | 3+ MONTH |
|---|---|---|---|
| 23,773.00 |  |  |  |