# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 05-B-60123-ERW |
| ) | Chapter 7 |
| SAMUEL P. OKNER, ) | |
| ) | Hon. Eugene R. Wedoff |
| Debtor. ) | |
| ) | Hearing Date: March 2, 2010 |
| ) | Hearing Time: 10:00 a.m. CT |

## THIRD AND FINAL FEE APPLICATION
## OF CHAPTER 7 TRUSTEE GUS A. PALOIAN

Pursuant to Sections 105(a), 326(a), 330, and 331 of the United States Bankruptcy Code, Gus A. Paloian, not individually or personally, but solely in his capacity as the duly-appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), respectfully submits his third and final application (the "Application") for allowance and payment of compensation in the amount of $28,648.66 for services rendered in the above-captioned case (the "Case") during the period commencing November 16, 2007, through the close of the case (the "Application Period"). In support of this Application, the Trustee respectfully represents as follows:

### I. JURISDICTION

1.      This Court has subject matter jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. Venue of these Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(1) and (b)(2)(A) and/or (M). The predicates for the relief requested herein are 11 U.S.C. §§ 326(a), 330(a), and 331.

CH2 20230272.1

## II. BACKGROUND

### A. Procedural Background

2. On October 15, 2005 (the "Petition Date"), the Debtor was involuntarily petitioned into Chapter 7 bankruptcy.

3. On November 22, 2005, Gus A. Paloian was appointed to serve as Trustee of the Debtor's Estate and is duly-authorized and acting as such.

### B. Services Rendered by the Trustee to the Estate

4. The Estate currently consists of a combined total of $227,765.61 in cash (the "Administered Funds"), gathered by the Trustee postpetition.

5. During the Application Period, the Trustee performed approximately 89.50 combined hours of actual, necessary, and statutorily-mandated services (collectively, the "Services") on behalf of the Estate, worth a total value of $29,718.00. An itemized statement describing all of these services is attached hereto as **Exhibit 1**.

6. The Services include, but are not limited to, the following:

   A. Oversight and direction of, and investigation into, the Estate's claims against transferees of property of the Debtor; and

   B. Management and preservation of assets of the Estate, including, but not limited to, by means of: (1) attention to, and maintenance and reconciliation of the Estate's accounts, (2) updating Case files, (3) keeping and updating banking files, (4) handling and investing received funds of the Estate, (5) issuing checks from accounts of the Estate, and (6) conferences and correspondence regarding the same;

   C. Responses to creditor inquiries or demands;

CH2 20230272.1

      D.    Claims review and analysis; and

      E.    Preparation of (1) Trustee's First and Second Interim Fee Applications, (2) distribution reports, (3) correspondence to the Office of the United States Trustee, and (4) multiple correspondence regarding interim distribution from the Estate.

7.    Based upon the amount of the Administered Funds, the Section 326(a) compensation cap applicable to this Case amounts to $56,860.23.

### III. RELIEF REQUESTED

8.    The Trustee respectfully requests that the Court (A) grant leave under Section 331 of the Bankruptcy Code that this Application may be heard at this time, and (B) approve, allow on a final basis, and authorize payment of, $28,649.33 in compensation to the Trustee.

### IV. BASIS FOR REQUESTED RELIEF

#### A. Applicable Standards for Trustee Compensation

9.    Section 105(a) of the Bankruptcy Code authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

10.    Pursuant to Section 331 of the Bankruptcy Code:

> A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation and for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

11 U.S.C. § 331.

3

11. Sections 326(a) and 330(a) guide the Court in determining the amount of compensation to be awarded to a trustee. See Staiano v. Cain (In re Lan Assocs. XI, L.P.), 192 F.3d 109, 115 (3d Cir. 1999).

12. Section 326(a) limits the maximum amount of compensation that may be awarded to a trustee. See id.; In re Churchfield Mgmt. & Inv. Corp., 98 B.R. 838, 889 (Bankr. N.D. Ill. 1989) (Schmetterer, J.). This amount is "calculated by a percentage of the moneys brought into the Estate by the trustee's services." Churchfield Mgmt. & Inv. Corp., supra. In this respect, Section 326(a) provides, as follows:

> In a case under chapter 7 or 11, the court may allow reasonable compensation under section 330 of this title of the trustee for the trustee's services, payable after the trustee renders such services, not to exceed 25 percent on the first $5,000 or less, 10 percent on any amount in excess of $5,000 but not in excess of $50,000, 5 percent on any amount in excess of $50,000 but not in excess of $1,000,000, and reasonable compensation not to exceed 3 percent of such moneys in excess of $1,000,000, upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims.

11 U.S.C. § 326(a).

13. The Court has the power to determine the reasonableness of the compensation requested by a trustee, up to the statutory limit. See In re The Landing, Inc., 142 B.R. 169, 171 (Bankr. N.D. Ohio 1992) (collecting cases).

14. In this connection, Section 330(a)(1) enumerates the general standard for approving trustee requests for compensation, as follows:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, . . . or a professional person employed under section 327 or 1103—
> (A) reasonable compensation for actual, necessary services rendered by the trustee, . . . professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

CH2 20230272.1

15. "The ultimate issue to be reached is the question of the extent, value, necessity and reasonableness of the work performed for which compensation is sought by the Trustee and the attorneys and paralegals for the Trustee[.]" In re Prairie Cent. Ry. Co., 87 B.R. 952, 956 (Bankr. N.D. Ill. 1988) (Squires, J.).

16. The Trustee respectfully submits that that the Application provides the Court with the information necessary to determining the Trustee's reasonable compensation, as further discussed below.

### B. Application of the Cited Standards to the Requested Relief

17. This is the Trustee's Third and Final application for compensation in the Case.

18. The Trustee believes that his request for allowance and approval of final compensation in the amount of $28,648.66 is justified under a reasonableness analysis of the facts of the Case and in light of the results and benefits achieved through his efforts on behalf of the Estate.

19. Additionally, payment of the requested compensation is warranted and appropriate under Section 326(a).

### V. NO PRIOR REQUEST

20. No prior request for the relief requested by this Application has been made to this Court or to any other court.

### TRUSTEE'S FINAL REQUEST FOR COMPENSATION

21. The Trustee requests compensation based upon Section 326(a) of the Code, calculated as follows:

| | | |
|---|---|---|
| 25% of the first $5,000.00 disbursed | = | $1,250.00 |
| 10% of the next $45,000 disbursed | = | $4,500.00 |

5

CH2 20230272.1

| | | |
|---|---|---|
| 5% of the next $950,000 disbursed ($47,500.00 Maximum) | = | $47,500.00 |
| 3% of the balance | = | $3,610.23 |
| MAXIMUM COMPENSATION ALLOWABLE | = | $56,860.23 |
| PREVIOUS COMPENSATION ALLOWED AND PAID | = | $28,211.00 |
| **COMPENSATION AVAILABLE** | = | **$28,649.23** |

22. As of December 31, 2009, the Trustee collected $1,120,340.93 for the benefit of the Estate and disbursed $876,670.62. The Trustee does not anticipate that any surplus funds will be paid back to the Debtor and anticipates that all available funds will be distributed to the Estate's creditors.

23. During the Application Period, the Trustee has performed 89.50 hours of service on behalf of the Estate with a total value of $29,718.00.

24. The Trustee believes that the compensation is appropriate in light of the results and benefits achieved through his efforts on behalf of the Estate and its creditors.

25. Based upon the allowed maximum compensation, the Trustee requests final compensation in the amount of $28,649.23.

WHEREFORE, Gus A. Paloian, not individually or personally, but solely in his capacity as the duly-appointed Trustee of the Debtor's Estate, respectfully requests that the Court enter an Order:

  A. Allowing and awarding final compensation to the Trustee in the amount of $28,649.23;

  B. Directing the Trustee to pay said monies upon filing of his final distribution report; and

CH2 20230272.1

    C.    Granting such other and further relief as the Court deems just and proper.

Dated: January 28, 2010

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Gus A. Paloian
    Gus A. Paloian (06188186)
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, Illinois 60603
    Telephone: (312) 460-5000

    *Counsel to Chapter 7 Trustee*
      *Gus A. Paloian*

CH2 20230272.1

# EXHIBIT 1

## TRUSTEE

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 11/16/07 | Receipt and review of received consent letters. | J. McManus | 0.10 | 22.00 |
| 11/20/07 | Telephone conferences regarding interim distribution and disgorgement obligation. | G. Paloian | 0.30 | 163.50 |
| 11/26/07 | Prepare and revise pleading portion of second Trustee Fee Application (.50); assemble and revise exhibit portion of fee application (.40). | J. McManus | 0.90 | 198.00 |
| 11/27/07 | Investigate ownership and value of Sysix Technologies. | G. Paloian | 0.50 | 272.50 |
| 11/27/07 | Additional and final revisions to second Trustee Fee Application per C. Riecke (.80); prepare Notice (.20); prepare Certificate of Service (.20); cause same to be filed with the Court (.30); oversee service of same (.20). | J. McManus | 1.70 | 374.00 |
| 11/27/07 | Import additional claims into TCMS (.10); review same (.30). | J. McManus | 0.40 | 88.00 |
| 11/28/07 | Communications with Creditor (Cadlerock and Myron Siegel) regarding interim distributions (.40); attend to interim distribution (.40). | G. Paloian | 0.80 | 436.00 |
| 11/28/07 | Update case files for J. McManus. | N. Bouchard | 0.40 | 38.00 |
| 11/29/07 | Attend to interim distributions (.10); telephone conference with P. Schmidt regarding same (.20). | G. Paloian | 0.30 | 163.50 |
| 11/29/07 | Draft letters to creditors regarding partial distribution (.60); conference with G. Paloian regarding same (.10); update creditors claims in TCMS in preparation for partial distribution (.40). | J. McManus | 1.10 | 242.00 |
| 11/30/07 | Finalize cover letters to 12 creditors regarding partial distribution (.90); draft checks regarding partial distribution (.90); conference with G. Paloian regarding same (.10); forward letters and checks (.20). | J. McManus | 2.10 | 462.00 |
| 12/05/07 | Prepare draft distribution Report. | J. McManus | 0.60 | 132.00 |
| 12/07/07 | Reconcile bank accounts and update banking file. | J. McManus | 0.40 | 88.00 |
| 12/19/07 | Update banking ledger in preparation for Annual Report. | J. McManus | 0.20 | 44.00 |
| 12/27/07 | Draft checks for Seyfarth and Trustee fees pursuant to Court Order. | J. McManus | 0.30 | 66.00 |
| 12/28/07 | Conference with G. Paloian regarding case status (.10); run draft distribution report (.30). | J. McManus | 0.40 | 88.00 |
| 01/02/08 | Reconcile bank accounts. | J. McManus | 0.30 | 78.00 |
| 01/03/08 | Compile tax materials for L. West. | J. McManus | 0.30 | 78.00 |
| 01/09/08 | Attend to banking matters and ledger clean-up for Annual Report. | J. McManus | 0.30 | 78.00 |
| 01/11/08 | Conference with G. Paloian regarding case closing matters (.10); review ledgers and claims regarding same (.20). | J. McManus | 0.30 | 78.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 01/22/08 | Update claims in TCMS. | J. McManus | 0.20 | 52.00 |
| 01/22/08 | Reconcile bank accounts and update banking file. | J. McManus | 0.30 | 78.00 |
| 01/24/08 | Update claims ledger for Annual Report. | J. McManus | 0.30 | 78.00 |
| 01/25/08 | Update asset ledger and case notes for Annual Report. | J. McManus | 0.50 | 130.00 |
| 01/29/08 | Run and review Forms 1 & 2 for Annual Report. | J. McManus | 0.30 | 78.00 |
| 01/30/08 | Revise Forms 1 & 2 for Annual Report. | J. McManus | 0.30 | 78.00 |
| 01/31/08 | Telephone conference with Sysix regarding Okner shareholder status. | G. Paloian | 0.20 | 123.00 |
| 01/31/08 | File Annual Report with the Court (.30); conference with G. Paloian regarding revisions to Forms 1 & 2 (.10); revise Forms 1 & 2 (.30). | J. McManus | 0.70 | 182.00 |
| 02/06/08 | Reconcile bank accounts and update banking file (.30); telephone conference L. West regarding tax returns (.10). | J. McManus | 0.40 | 104.00 |
| 02/06/08 | Update TCMS claims ledger. | J. McManus | 0.20 | 52.00 |
| 02/13/08 | Retrieve and review current time detail for G. Paloian (.20); retrieve prior fee applications (.10). | J. McManus | 0.30 | 78.00 |
| 02/21/08 | Communications with C. Riecke regarding Sysix Technologies stock (.10); google Sysix regarding company information (.10); prepare Rule 2004 Service List (.30). | J. McManus | 0.50 | 130.00 |
| 02/22/08 | Reconcile accounts (.10); conference with N. Bouchard regarding filing updates (.10). | J. McManus | 0.20 | 52.00 |
| 03/05/08 | Prepare case status report (.10); conference with G. Paloian regarding same (.10). | J. McManus | 0.20 | 52.00 |
| 03/10/08 | Update claims in TCMS for case closing. | J. McManus | 0.20 | 52.00 |
| 03/11/08 | Reconcile bank accounts and update banking file. | J. McManus | 0.30 | 78.00 |
| 03/17/08 | Update Forms 1 & 2 and forward to accountant for preparation of tax returns. | J. McManus | 0.20 | 52.00 |
| 03/17/08 | Run draft Final Report (.60); discuss same with G. Paloian (.10). | J. McManus | 0.70 | 182.00 |
| 03/18/08 | Check balances and transfer funds. | J. McManus | 0.10 | 26.00 |
| 03/20/08 | Communication with creditor regarding Sysix investigation. | G. Paloian | 0.30 | 184.50 |
| 03/21/08 | Meeting with G. Paloian regarding case status. | J. McManus | 0.20 | 52.00 |
| 03/24/08 | Assemble and review time detail for Final Report (.40); assemble prior application orders regarding same (.20). | J. McManus | 0.60 | 156.00 |
| 04/01/08 | Reconcile bank accounts for upcoming audit. | J. McManus | 0.10 | 26.00 |
| 04/04/08 | Review claims ledger regarding final distribution (.10); discuss same with G. Paloian (.10). | J. McManus | 0.20 | 52.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 04/07/08 | Telephone conference special counsel regarding collection status (.10); run distribution report for G. Paloian and review same (.50). | J. McManus | 0.60 | 156.00 |
| 04/16/08 | Reconcile bank accounts and update banking file. | N. Bouchard | 0.20 | 24.00 |
| 04/21/08 | Attend to bank reconciliation matters. | J. McManus | 0.20 | 52.00 |
| 04/23/08 | Review banking files regarding upcoming audit. | J. McManus | 0.30 | 78.00 |
| 04/28/08 | Review file for settlement agreement (.10); conference with G. Paloian regarding status of closing (.10). | J. McManus | 0.20 | 52.00 |
| 04/29/08 | Update case file. | J. McManus | 0.20 | 52.00 |
| 05/06/08 | Update bank ledger. | J. McManus | 0.10 | 26.00 |
| 05/12/08 | Communications with petitioning creditors regarding additional investigations and valuation of potential interests. | G. Paloian | 0.40 | 246.00 |
| 05/12/08 | Review Court Orders regarding fees (.10); draft check for payment of Seyfarth's first interim fee application (.10). | J. McManus | 0.20 | 52.00 |
| 05/12/08 | Review banking file for audit. | J. McManus | 0.10 | 26.00 |
| 05/14/08 | Conference with G. Paloian regarding status of Sysix investigation. | J. McManus | 0.10 | 26.00 |
| 05/21/08 | Conference with Okner counsel regarding additional documents. | G. Paloian | 0.20 | 123.00 |
| 05/22/08 | Review and update banking and case files for audit. | J. McManus | 0.30 | 78.00 |
| 05/28/08 | Review bank file and reconcile accounts. | J. McManus | 0.10 | 26.00 |
| 05/29/08 | Reconcile bank statements for month of April. | N. Bouchard | 0.10 | 12.00 |
| 05/30/08 | Review asset ledger for accuracy for upcoming U.S. Trustee audit. | J. McManus | 0.30 | 78.00 |
| 06/02/08 | Reconcile TCMS assets ledger with Debtors' Schedules. | J. McManus | 0.20 | 52.00 |
| 06/04/08 | Review case in TCMS regarding audit issues. | J. McManus | 0.20 | 52.00 |
| 06/04/08 | Update banking files. | N. Bouchard | 0.10 | 12.00 |
| 06/30/08 | Telephone conference with office of Tom Appel regarding interim distribution. | G. Paloian | 0.10 | 61.50 |
| 07/14/08 | Update case file and banking file. | J. McManus | 0.20 | 52.00 |
| 07/14/08 | Reconcile bank accounts and update banking file. | J. McManus | 0.20 | 52.00 |
| 07/21/08 | Update transfer of claims. | J. McManus | 0.40 | 104.00 |
| 07/23/08 | Update case file. | J. McManus | 0.20 | 52.00 |
| 07/25/08 | Review bank statement and reconcile bank accounts. | R. Knapp | 0.10 | 24.50 |
| 08/04/08 | Review docket for objection to claim transfer (none filed); updated system to reflect transfer of claim. | R. Knapp | 0.10 | 24.50 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 08/12/08 | Assemble information for tax returns and forward same to L. West. | J. McManus | 0.20 | 52.00 |
| 08/13/08 | Assemble tax materials (.10); discuss same with R. Podorovsky (.10). | J. McManus | 0.20 | 52.00 |
| 08/14/08 | Review case closing matter with G. Paloian (.20); review potential remaining asset (.10). | J. McManus | 0.30 | 78.00 |
| 08/15/08 | Review court docket and obtain copy of order employing accountant (.10); prepare documents needed by accountant for preparation of estate tax returns (.10); memo to L. West regarding same (.20). | R. Knapp | 0.40 | 98.00 |
| 08/15/08 | Reconcile estate bank accounts. | R. Knapp | 0.20 | 49.00 |
| 08/20/08 | Investigate Sam Okner and Associates. | G. Paloian | 0.50 | 307.50 |
| 08/21/08 | Telephone conference regarding Sam Okner and Associates tax returns. | G. Paloian | 0.10 | 61.50 |
| 08/22/08 | Investigate Sysix and Okner and Associates ownership (.60); telephone conference with creditor regarding investigation (.30). | G. Paloian | 0.90 | 553.50 |
| 08/25/08 | Telephone conference with B. Wald regarding additional production (.10); prepare correspondence (.20). | G. Paloian | 0.30 | 184.50 |
| 08/25/08 | Review file for additional debtor documents in connection with subpoena to D. Okner. | J. McManus | 0.20 | 52.00 |
| 08/26/08 | Examination of various documentation obtained in discovery on Sam Okner & Associates and ownership. | G. Paloian | 0.80 | 492.00 |
| 08/27/08 | Meeting with special counsel to review Okner documents regarding Sam Okner and Associates ownership. | G. Paloian | 1.50 | 922.50 |
| 08/27/08 | Telephone conference with L. West regarding tax returns. | J. McManus | 0.10 | 26.00 |
| 08/29/08 | Review documents produced regarding ownership of Sam Okner and Associates. | G. Paloian | 0.30 | 184.50 |
| 09/02/08 | Review transcripts regarding Sam Okner and Associates ownership (2.20); review bank/checking account records (.50). | G. Paloian | 2.70 | 1,660.50 |
| 09/25/08 | Organize production documents into case file. | J. McManus | 0.20 | 52.00 |
| 10/09/08 | Draft Final Report for G. Paloian (.20); conference with G. Paloian regarding case closing (.20). | J. McManus | 0.40 | 104.00 |
| 10/21/08 | Review correspondence from Okner counsel and enclosures. | G. Paloian | 0.40 | 246.00 |
| 10/21/08 | Run new draft distribution report (.20); calculate Seyfarth and Trustee fees regarding same (.20); conference with G. Paloian regarding status of case closing and remaining asset (.10). | J. McManus | 0.50 | 130.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 10/23/08 | Telephone conference with Trustee's office (.20); telephone conference with IRS regarding Okner transcripts (.30). | G. Paloian | 0.50 | 307.50 |
| 11/10/08 | Telephone conference with creditor, Myron Siegel, regarding investigation into ownership of Sam Okner and Associates, Inc. | G. Paloian | 0.30 | 184.50 |
| 11/11/08 | Prepare case status Report. | J. McManus | 0.60 | 156.00 |
| 11/12/08 | Update and reconcile bank accounts. | J. McManus | 0.20 | 52.00 |
| 11/13/08 | Revise case status report. | J. McManus | 0.20 | 52.00 |
| 11/14/08 | Prepare correspondence about returns. | G. Paloian | 0.30 | 184.50 |
| 11/18/08 | Retrieve and forward Forms 1 & 2 to L. West (.10); telephone conference with L. West regarding final tax returns (.10). | J. McManus | 0.20 | 52.00 |
| 11/19/08 | Retrieve tax materials for accountant regarding tax returns for case closing. | J. McManus | 0.20 | 52.00 |
| 11/20/08 | Revise case status report for meeting with G. Paloian (.20); retrieve and review new time detail to be included in Trustee fee application (.20); forward Forms 1 & 2 to L. West (.10). | J. McManus | 0.50 | 130.00 |
| 11/21/08 | Meeting with G. Paloian regarding case status. | J. McManus | 0.20 | 52.00 |
| 11/25/08 | Reimport and update claims in TCMS. | J. McManus | 0.40 | 104.00 |
| 11/26/08 | Conference with G. Paloian regarding status of investigation of stock and case closing matters (.20); update case file with documents from D. Dawson (.30). | J. McManus | 0.50 | 130.00 |
| 11/26/08 | Review Trustee Fee Application for case closing. | J. McManus | 0.40 | 104.00 |
| 11/30/08 | Continue case file update. | J. McManus | 0.40 | 104.00 |
| 12/01/08 | Download and update TCMS claims. | J. McManus | 0.20 | 52.00 |
| 12/01/08 | Prepare Final Report (.80); reconcile bank accounts and update banking file (.20). | J. McManus | 1.00 | 260.00 |
| 12/03/08 | Telephone conference with D. Dawson regarding debtor documents (.10); update case file (.20). | J. McManus | 0.30 | 78.00 |
| 12/05/08 | Run new proposed distribution report and review same. | J. McManus | 0.30 | 78.00 |
| 12/16/08 | Draft letter to B. Wald regarding obtaining original 2001 tax return from the IRS for Sam Okner and Associates (.40); prepare Form 4506 regarding same (.30); revise and forward letter (.10). | J. McManus | 0.80 | 208.00 |
| 12/17/08 | Reconcile bank accounts and update banking file. | J. McManus | 0.20 | 52.00 |
| 12/23/08 | Attend to taxpayer request forms. | G. Paloian | 0.30 | 184.50 |
| 12/31/08 | Draft letter to IRS requesting copies of tax returns and forward same. | J. McManus | 0.50 | 130.00 |
| 01/05/09 | Follow-up on copies of tax returns regarding Sam Okner & Associates. | J. McManus | 0.10 | 27.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 01/06/09 | Reconcile bank accounts and update banking file. | J. McManus | 0.10 | 27.00 |
| 01/08/09 | Run Form 2 and review same for annual report preparation. | J. McManus | 0.20 | 54.00 |
| 01/08/09 | Reconcile October and November 2008 bank statements in TCMS. | N. Bouchard | 0.10 | 12.50 |
| 01/12/09 | Prepare case status report. | J. McManus | 0.20 | 54.00 |
| 01/16/09 | Reconcile bank statements (.10); update banking file (.10). | N. Bouchard | 0.20 | 25.00 |
| 01/20/09 | Prepare Final Report. | J. McManus | 0.70 | 189.00 |
| 01/21/09 | Meeting with G. Paloian regarding case status. | J. McManus | 0.10 | 27.00 |
| 01/22/09 | Retrieve tax information for L. West and forward same. | J. McManus | 0.20 | 54.00 |
| 01/22/09 | Retrieve and review Forms 1 & 2 for preparation of annual report. | J. McManus | 0.30 | 81.00 |
| 01/23/09 | Prepare Final Trustee Fee Application (.50); discuss final report with G. Paloian (.10). | J. McManus | 0.60 | 162.00 |
| 01/26/09 | Run draft Final Report. | J. McManus | 0.60 | 162.00 |
| 01/27/09 | Prepare draft distribution report (.50); update trustee time detail in preparation for case closing (.20). | J. McManus | 0.70 | 189.00 |
| 01/28/09 | Follow-up with IRS regarding copies of returns. | J. McManus | 0.10 | 27.00 |
| 01/28/09 | Revise Form 1 to include case status (.10); revise Form (.10). | J. McManus | 0.20 | 54.00 |
| 01/29/09 | Telephone conferences with L. West regarding preparation of tax returns (.10); provide additional information regarding same (.10). | J. McManus | 0.20 | 54.00 |
| 02/03/09 | Calculate bond premium payment (.10); telephone conference IRS regarding returns for Sam Okner & Associates (.10). | J. McManus | 0.20 | 54.00 |
| 02/05/09 | Revise Final Report. | J. McManus | 0.70 | 189.00 |
| 02/09/09 | Telephone conference with L. West regarding tax return status (.10); forward additional tax items (.10). | J. McManus | 0.20 | 54.00 |
| 02/10/09 | Draft bond premium payment. | J. McManus | 0.10 | 27.00 |
| 02/13/09 | Follow-up on receipt of tax returns for Sam Okner Associates. | J. McManus | 0.20 | 54.00 |
| 02/18/09 | Attempts to contact RAIVS department of IRS regarding requested returns (.10); confer with G. Paloian regarding same (.10). | J. McManus | 0.20 | 54.00 |
| 02/20/09 | Reconcile bank accounts. | J. McManus | 0.20 | 54.00 |
| 03/03/09 | Investigate status of IRS completion of request for investigation. | G. Paloian | 0.30 | 192.00 |
| 03/05/09 | Update banking file. | N. Bouchard | 0.10 | 12.50 |
| 03/11/09 | Prepare case status report. | J. McManus | 0.20 | 54.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 03/11/09 | Reconcile bank statements. | N. Bouchard | 0.10 | 12.50 |
| 03/13/09 | Follow-up on Form 4506 request from the IRS (.10); confer with G. Paloian regarding same (.10). | J. McManus | 0.20 | 54.00 |
| 03/16/09 | Communicate with creditor regarding IRS investigation. | G. Paloian | 0.30 | 192.00 |
| 03/16/09 | Prepare Final Trustee Fee Application. | J. McManus | 0.80 | 216.00 |
| 03/17/09 | Letter to IRS regarding failure to provide 2001 Sam Okner & Associates returns. | J. McManus | 0.20 | 54.00 |
| 03/17/09 | Meeting with G. Paloian regarding case status(.10); update Forms 1 & 2 and submit same to U.S. Trustee (.20). | J. McManus | 0.30 | 81.00 |
| 03/23/09 | Follow up with accountant regarding tax returns. | J. McManus | 0.10 | 27.00 |
| 03/24/09 | Update Final Trustee Fee Application. | J. McManus | 0.40 | 108.00 |
| 03/26/09 | Update banking file. | N. Bouchard | 0.20 | 25.00 |
| 03/27/09 | Run and review draft distribution report (.50); edit Form 1 & 2 UTC codes per proposed distribution report (.20); run and review Final Report (.40). | J. McManus | 1.10 | 297.00 |
| 03/30/09 | Telephone conference with L. West regarding tax returns (.10); prepare Final Report (.60). | J. McManus | 0.70 | 189.00 |
| 03/31/09 | Revise Trustee Fee Application. | J. McManus | 0.50 | 135.00 |
| 04/01/09 | Review IRS response to transcript request and prepare follow up correspondence. | G. Paloian | 0.50 | 320.00 |
| 04/01/09 | Update claims register in TCMS. | J. McManus | 0.20 | 54.00 |
| 04/01/09 | Review IRS response to request for tax return (.10); confer with G. Paloian (.10); draft letter to IRS regarding same (.20). | J. McManus | 0.40 | 108.00 |
| 04/02/09 | Revise Trustee Fee Application. | J. McManus | 0.50 | 135.00 |
| 04/07/09 | Telephone conference with IRS RAIVS division regarding retrieval of returns (.10); discuss same with G. Paloian (.10). | J. McManus | 0.20 | 54.00 |
| 04/08/09 | Prepare draft distribution report. | J. McManus | 0.40 | 108.00 |
| 04/13/09 | Reconcile bank statements (.10); update banking file (.10). | N. Bouchard | 0.20 | 25.00 |
| 04/22/09 | Additional claims review for case closing. | J. McManus | 0.30 | 81.00 |
| 04/24/09 | Follow-up on tax return preparation. | J. McManus | 0.10 | 27.00 |
| 04/27/09 | Communications with D. Cook regarding potential purchase of judgment. | J. McManus | 0.20 | 54.00 |
| 04/27/09 | Review updated Trustee compensation (.20); revise application accordingly (.40). | J. McManus | 0.60 | 162.00 |
| 05/05/09 | Meeting with U.S. Trustee's Office regarding annual review of case. | J. McManus | 0.20 | 54.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 05/14/09 | Revise Final Report (.30); conference with G. Paloian regarding Final Report (.30). | J. McManus | 0.60 | 162.00 |
| 05/15/09 | Follow-up regarding tax returns. | J. McManus | 0.10 | 27.00 |
| 05/21/09 | Update TCMS claims register for case closing. | J. McManus | 0.20 | 54.00 |
| 05/26/09 | Investigate IRS response to tax return requests. | G. Paloian | 0.30 | 192.00 |
| 05/26/09 | Follow-up regarding tax return preparation (.40); telephone conference with IRS regarding same (.20) | J. McManus | 0.60 | 162.00 |
| 05/27/09 | Investigate IRS response to tax return request. | G. Paloian | 0.20 | 128.00 |
| 05/28/09 | Inquiry regarding status of tax return request to IRS. | G. Paloian | 0.30 | 192.00 |
| 05/28/09 | Prepare Final Trustee Fee Application. | J. McManus | 0.80 | 216.00 |
| 05/28/09 | Prepare Final Report. | J. McManus | 0.70 | 189.00 |
| 05/29/09 | Investigate status of completion of estate tax returns (.30); telephone call to Trustee's office regarding assistance in obtaining tax returns (.20). | G. Paloian | 0.50 | 320.00 |
| 05/29/09 | Confer with G. Paloian regarding case status and tasks to complete to close case. | J. McManus | 0.20 | 54.00 |
| 06/01/09 | Attend to tax returns. | G. Paloian | 0.20 | 128.00 |
| 06/01/09 | Forward IRS 4506 request and IRS response to G. Silver for assistance in getting a response to our request for copy of tax return (.20); gather tax materials for L. West (.20); telephone conference with L. West regarding tax return preparation (.10); run draft distribution report (.30). | J. McManus | 0.80 | 216.00 |
| 06/02/09 | Telephone conference with Trustee's office regarding IRS assistance. | G. Paloian | 0.20 | 128.00 |
| 06/03/09 | Assemble and review claims for final report. | J. McManus | 0.60 | 162.00 |
| 06/03/09 | Review file regarding cost basis of asset sales for L. West. | J. McManus | 0.20 | 54.00 |
| 06/05/09 | Update claims in TCMS for TDR. | J. McManus | 0.40 | 108.00 |
| 06/05/09 | Prepare Final Report. | J. McManus | 0.80 | 216.00 |
| 06/09/09 | Telephone conference with T. Appel regarding final report and case closing. | G. Paloian | 0.70 | 448.00 |
| 06/09/09 | Conference with G. Paloian regarding case closing. | J. McManus | 0.10 | 27.00 |
| 06/09/09 | Telephone conference with L. West regarding tax return preparation and status. | J. McManus | 0.10 | 27.00 |
| 06/09/09 | Revise fee application (.50); discuss same with G. Paloian (.10). | J. McManus | 0.60 | 162.00 |
| 06/10/09 | Review schedules to compare to claimed amounts in preparation of final report (.50); update TCMS accordingly (.30). | J. McManus | 0.80 | 216.00 |
| 06/10/09 | Prepare case status report. | J. McManus | 0.30 | 81.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 06/12/09 | Telephone conference with L. West regarding additional items for tax return preparation. | J. McManus | 0.10 | 27.00 |
| 06/15/09 | Revise monthly case status report. | J. McManus | 0.10 | 27.00 |
| 06/16/09 | Communication with Trustee's office regarding tax returns. | G. Paloian | 0.20 | 128.00 |
| 06/17/09 | Communication with Trustee's office regarding tax return of Sam Okner & Associates. | G. Paloian | 0.20 | 128.00 |
| 06/17/09 | Update TCMS with claims. | J. McManus | 0.30 | 81.00 |
| 06/17/09 | Review settlement agreement regarding returns (.10); telephone conference with L. West regarding same (.10). | J. McManus | 0.20 | 54.00 |
| 06/22/09 | Reconcile monthly bank statements. | N. Bouchard | 0.20 | 25.00 |
| 06/23/09 | Update banking file. | N. Bouchard | 0.10 | 12.50 |
| 06/24/09 | Update claims for uniform final account. | J. McManus | 0.30 | 81.00 |
| 06/25/09 | Telephone conference with accountant regarding tax return status and submit same to G. Paloian. | J. McManus | 0.10 | 27.00 |
| 06/25/09 | Review case file for additional tax information (.10); discuss same with L. West (.10). | J. McManus | 0.20 | 54.00 |
| 06/29/09 | Revise case status report. | J. McManus | 0.20 | 54.00 |
| 06/30/09 | Enter additional scheduled claims into TCMS. | J. McManus | 0.30 | 81.00 |
| 07/06/09 | Prepare new draft TDR. | J. McManus | 1.20 | 324.00 |
| 07/07/09 | Revise Trustee Fee Application. | J. McManus | 0.10 | 27.00 |
| 07/08/09 | Review file for case closing purposes (.20); assemble additional tax materials for L. West (.10); confer with G. Paloian regarding same (.10). | J. McManus | 0.40 | 108.00 |
| 07/10/09 | Telephone conference with R. Rein regarding Okner estate closure (.40); conference regarding closure of estate and final report issues (.40). | G. Paloian | 0.80 | 512.00 |
| 07/10/09 | Assemble closing materials for G. Paloian's review. | J. McManus | 0.20 | 54.00 |
| 07/14/09 | Run revised distribution report for case closing (.10); prepare final report (.70). | J. McManus | 0.80 | 216.00 |
| 07/14/09 | Update claims in TCMS in preparation for case closing (.40); refer to claims settlement agreement regarding same (.10). | J. McManus | 0.50 | 135.00 |
| 07/15/09 | Final review of claims. | J. McManus | 0.20 | 54.00 |
| 07/22/09 | Telephone conference with Peter Schmidt regarding investigation of Sam Okner & Assoc. and Sysix Technologies and case closing. | G. Paloian | 0.30 | 192.00 |
| 07/23/09 | Revise case status report. | J. McManus | 0.20 | 54.00 |
| 07/24/09 | Assemble tax materials for L. West and G. Paloian (.10); telephone conference with L. West regarding status of returns (.10). | J. McManus | 0.20 | 54.00 |

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 07/29/09 | Revise Final Distribution. | J. McManus | 0.50 | 135.00 |
| 07/29/09 | Reconcile monthly bank statements (.10); update banking file (.10). | N. Bouchard | 0.20 | 25.00 |
| 08/13/09 | Reconcile bank statements for month of July. | N. Bouchard | 0.10 | 12.50 |
| 08/17/09 | Telephone conference with T. Appel regarding case closing. | G. Paloian | 0.30 | 192.00 |
| 08/18/09 | Telephone conferences with T. Appel regarding closing of Okner estate. | G. Paloian | 0.20 | 128.00 |
| 08/24/09 | Investigate status of completion of tax returns (.10); allocate settlement consideration across assets (.30). | G. Paloian | 0.40 | 256.00 |
| 08/24/09 | Revise Final Distribution Report. | J. McManus | 0.60 | 162.00 |
| 08/24/09 | Update banking file. | N. Bouchard | 0.10 | 12.50 |
| 08/25/09 | Telephone conference with L. West regarding final returns (.20); prepare Final Report (.90). | J. McManus | 1.10 | 297.00 |
| 08/26/09 | Telephone conference with Lois West regarding tax treatment of fraudulent conveyance settlement (.30); review final report (.20); telephone conference with creditor regarding status of case closing (.30). | G. Paloian | 0.80 | 512.00 |
| 08/26/09 | Revise Final Trustee Fee Application. | J. McManus | 0.50 | 135.00 |
| 08/26/09 | Telephone conference with L. West regarding status of tax returns (.10); compile and forward new forms 1 & 2 (.20); revise Final Report (.70). | J. McManus | 1.00 | 270.00 |
| 08/27/09 | Review scheduled claims and claims register for reconciliation for Final account. | J. McManus | 1.00 | 270.00 |
| 08/28/09 | Attend to tax return matters for L. West (.10); run draft distribution report (.40). | J. McManus | 0.50 | 135.00 |
| 09/02/09 | Respond to accountant inquiries regarding preparation of final tax returns (.20); prepare Trustee Fee Application for Final Report (.60). | J. McManus | 0.80 | 216.00 |
| 09/08/09 | Prepare case status report for meeting with G. Paloian. | J. McManus | 0.20 | 54.00 |
| 09/10/09 | Revise Final Report. | J. McManus | 0.80 | 216.00 |
| 09/11/09 | Follow-up with L. West regarding returns (.10); run new draft Final Account (.40). | J. McManus | 0.50 | 135.00 |
| 09/16/09 | File review regarding case closing. | G. Paloian | 0.20 | 128.00 |
| 09/17/09 | Review and file tax returns for tax years 2007 and 2008 (.30); submit prompt determination letters to IRS and IDOR (.20). | J. McManus | 0.50 | 135.00 |
| 09/25/09 | Rerun Final Report. | J. McManus | 0.70 | 189.00 |
| 09/29/09 | Prepare and revise Final Report and Final Applications. | J. McManus | 1.80 | 486.00 |
| **TOTAL** | | | **89.50** | **$29,718.00** |