EUGENE R. WEDOFF

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OKNER, SAMUEL P | § | Case No. 05-60123 ERW |
| | § | |
| Debtor(s) | § | |

AMENDED
NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
UNITED STATE BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60606

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:   10:00 A.M. ON TUESDAY, MARCH 2, 2010

United States Bankruptcy Court
COURTROOM 744
219 S. Dearborn Street
Chicago, IL 60606

Date Mailed: 01/28/2010                    By: Gus A. Paloian, Trustee

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § § | |
| OKNER, SAMUEL P | § § § | Case No. 05-60123 ERW |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,120,340.93 |
| and approved disbursements of | $ | 892,575.32 |
| leaving a balance on hand of[1] | $ | 227,765.61 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: GUS A. PALOIAN, TRUSTEE | $ 28,648.94 | $ 0.00 |
| Attorney for trustee: SEYFARTH SHAW LLP | $ 16,695.50 | $ 1,082.01 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 2,343.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | Myron E. Siegel | $ 0.00 | $ 2,209.00 |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,879.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000017B | Illinois Department of Revenue | $ 5,879.13 | $ 5,879.13 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,451,026.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent.

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Myron E. Siegel | $ 511,041.00 | $ 19,598.16 |
| 000003 | Neal, Gerber & Eisenberg LLP | $ 6,333.88 | $ 242.88 |
| 000004 | GLENVIEW FINANCIAL SERVICES, INC. | $ 545,536.38 | $ 20,918.99 |
| 000005 | Weissent, Alexander "Sandy" | $ 54,400.00 | $ 2,086.01 |
| 000008 | AkPharma Inc. | $ 105,746.03 | $ 4,054.91 |
| 000009 | David E. Cohen, P.C. | $ 4,536.60 | $ 173.96 |
| 000010 | Abrams, Ronald | $ 42,500.00 | $ 1,629.68 |
| 000013A | Sack Company Maintenance, Inc. | $ 1,060,211.57 | $ 40,654.59 |
| 000014 | Quality Rebuilders Inc | $ 301,475.17 | $ 11,560.28 |
| 000015 | Maryland & Virginia Milk Producers Coop Assn | $ 1,729,406.00 | $ 66,315.32 |
| 000016 | Ross Products | $ 45,884.81 | $ 1,759.49 |
| 000017A | Illinois Department of Revenue | $ 1,455.00 | $ 282.70 |
| 000018 | Abrams, Alan | $ 42,500.00 | $ 1,630.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*Except for Claimant 17, an interim distribution in the amount of $693,908.75 was paid to unsecured creditors on November 30, 2007.

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/   Gus A. Paloian _____

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster             Page 1 of 2                  Date Rcvd: Feb 02, 2010
Case: 05-60123                 Form ID: pdf006             Total Noticed: 39

The following entities were noticed by first class mail on Feb 04, 2010.
db           +Samuel P Okner,    100 Timber Lane,    Glencoe, IL 60022-1227
aty          +Charles S Riecke,    Seyfarth Shaw,    131 S. Dearborn Street,    Suite 4200,
               Chicago, IL 60603-5517
aty          +Daniel P. Dawson,    Nisen & Elliott, LLC,    200 W. Adams St. Ste 2500,    Chicago, IL 60606-5283
aty          +David E Cohen,    55 West Monroe Street,    Suite 600,    Chicago, IL 60603-5091
aty          +Gus A Paloian,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +Sara E Lorber,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +Seyfarth Shaw,    Seyfarth Shaw,    55 E Monroe St,    Chicago, IL 60603-5713
aty          +William J Factor,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
tr           +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
11143944      Abrams Family LLC,    Abrams Alan,    6676 N Lincolnwood Ave,    Lincolnwood, IL 60712
10598316     +Abrams, Alan,    6676 N. Lincoln Ave.,    Lincolnwood, IL 60712-3601
10598315      Abrams, Alan,    6676 N. Lincolnwood Ave.,    Lincolnwood, IL 60712
10598317     +Abrams, Ronald,    6676 N. Lincoln Ave.,    Lincolnwood, IL 60712-3601
10598318     +AkPharma Inc.,    PO Box 111,    Pleasantville, NJ 08232-0111
10598319     +American Refrigeration LLC,    11572 Davis Creek Court,    Jacksonville, FL 32256-3003
10598320      Biederman, William M.,    33 W. Wacker Dr.,    Suite 1800,    Chicago, IL 60606-1288
10598321     +Brickyard Bank,    6676 N. Lincoln Ave,    Lincolnwood, IL 60712-3621
10598323     +CIB Bank c/o First Bank,    Attn: Maurice F. Houlihan, Jr.,    900 E. Higgins Road,
               Elk Grove Village, IL 60007-1561
10598322     +Chicago Title Insurance company,    601 Riverside Avenue,    Jacksonville, FL 32204-2901
10598324     +David E. Cohen, P.C.,    55 West Monroe Street,    Suite 600,    Chicago, IL 60603-5091
10598326      Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114
12409681     +Glenview Financial Services Inc,    Gary S Sylvan,    1247 Waukegan Road Suite 100,
               Glenview, Illinois 60025-3057
11481123    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street  Level 7-425,    Chicago, Illinois  60601)
10598325     +Illinois Citizens Financial Inc.,    c/o Dennis Feinberg,    221 North LaSalle St., Ste. 1100,
               Chicago, IL 60601-1324
10598328     +Maryland & Virginia Milk Producers Coop Assn,    Peter J Schmidt,    180 N Stetson Ste 4525,
               Chicago, IL 60601-6733
10544428     +Myron E. Siegel,    2275 Half Day Road,    Suite 350-PMB 1293,    Deerfield, IL 60015-1217
10598330     +Neal Gerber & Eisenberg, LLP,    2 N. LaSalle St.,    Suite 2200,    Chicago, IL 60602-3963
10687151     +Neal, Gerber & Eisenberg LLP,    Jerry H. Biederman,    Two North LaSalle Street,
               Chicago, IL 60602-3702
10598331     +Northside Community Bank,    c/o Michael A. Haber & Associates,    120 W. Madison, Suite 600,
               Chicago, IL 60602-4170
10598332     +Quality Builders,    25154 Doolittle Drive,    Monee, IL 60449-9024
11147124     +Quality Rebuilders Inc,    25154 Doolittle Drive,    Monee, IL 60449-9024
10598333     +Ross Products,    c/o Weltman, Weinberg & Reis,    10 S. LaSalle St., Ste. 900,
               Chicago, IL 60603-1016
10598334     +Sack Company Maintenance, Inc.,    Charles M Baum,    180 North LaSalle St. Ste 2700,
               Chicago, IL 60601-2709
10598339     +Schopf & Weiss, LLP,    312 West Randolph Street,    Suite 300,    Chicago, IL 60606
10598340     +Siegel, Myron E.,    2275 Half Day Road,    Suite 350 - PMB 1293,    Deerfield, IL 60015-1277
10598341     +The Northern Trust Company,    c/o Baker, Miller Markoff & Krasny,    29 N. Wacker, 5th Floor,
               Chicago, IL 60606-2851
10598342     +United Community Bank of Lisle,    1026 Ogden Avenue,    Lisle, IL 60532-1340
10598343     +Weissent, Alexander 'Sandy',    1415 N Dearborn Parkway,    Unit 22D,
               Chicago, Illinois 60610-5536

The following entities were noticed by electronic transmission on Feb 02, 2010.
11076351     +E-mail/Text: megan.young@cadleco.com                           CadleRock Joint Venture, L.P.,
               100 N Center Street,    Newton Falls, OH 44444-1321
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10598329      Message America, Inc.
10598335      Sam Okner & Associates, Inc.
10598336      Samuel P. Okner Family Trust
10598337      Savannah Manfacturing Company
10598338      Savannah Manfacturing Company
10598327*     Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114
                                                                                               TOTALS: 5, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: gbeemster          Page 2 of 2              Date Rcvd: Feb 02, 2010
Case: 05-60123                Form ID: pdf006          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                    **Signature:**     *Joseph Speetjens*