**FILED**

**MAR - 2 2010**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
                                      )   Case No. 05 B 60123
                                      )
SAMUEL P. OKNER                       )
                                      )
                                      )
                                      )   Chapter 7
                                      )
Debtor.                               )
                                      )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SEYFARTH SHAW LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $16,695.50 | TOTAL COSTS REQUESTED: | $1,083.01 |
| TOTAL FEES REDUCED: | $2,521.90 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $14,173.60 | TOTAL COSTS ALLOWED: | $1,083.01 |

**TOTAL FEES AND COSTS ALLOWED: $15,256.61**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)   **Clerical Work Not Compensable**
    The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(2)   **Unreasonable Time**
    The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

Dated: March 2, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

## CASE ADMINISTRATION

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 12/03/07 | Communication with special counsel regarding dismissal of adversary proceeding. | G. Paloian | 0.20 | 109.00 |
| 12/14/07 | Revise Service List. | J. McManus | 0.20 | 44.00 |
| 02/11/08 | Revise Service List. | J. McManus | 0.30 | 78.00 |
| 04/28/08 | Retrieve full copy of signed settlement agreement with exhibits for G. Paloian. | N. Bouchard | 0.30 | 36.00 |
| 08/22/08 | Conference with G. Paloian regarding shareholder information for Sam Okner & Associates Inc (.20); ordered copy of charter and annual report from State of Illinois (.10). | M. Farrell | 0.30 | 79.50 |
| 01/22/09 | Retrieve information on Sam Okner & Associates. | J. McManus | 0.20 | 54.00 |
| 02/20/09 | Letter to Weltman, Weinberg & Reis regarding status of case administration. | J. McManus | 0.30 | 81.00 |
| **TOTAL** | | | **1.80** | **481.50** |

$122

CH2 20230237.1

### RULE 2004 SUBPOENAS AND INVESTIGATIONS

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 02/07/08 | Office conference with J. McManus regarding preparation of 2004 motion (.10); preparation of notice of taking deposition (.20). | C. Riecke | 0.30 | 129.00 |
| 02/07/08 | Draft Rule 2004 Motion for C. Riecke. | J. McManus | 0.40 | 104.00 |
| 02/08/08 | Two office conferences with J. McManus to give further instructions/guidance and drafting 2004 motion and its scope. | C. Riecke | 0.10 | 43.00 |
| 02/08/08 | Review file materials regarding entities to be subpoenaed (.20); prepare 2004 Motion (.70); conference with C. Riecke regarding entities to be subpoenaed (.10). | J. McManus | 1.00 | 260.00 |
| 02/21/08 | Telephone conference with M. Siegel regarding Sysix Rule 2004 and Okner ownership of Sysix stock (.30). | G. Paloian | 0.30 | 184.50 |
| 02/22/08 | Confer with J. McManus regarding motion for rule 2004 examination. (.2) Confer with G. Paloian regarding same. (.1) | S. Lorber | 0.30 | 136.50 |
| 02/25/08 | Revise Rule 2004 motion regarding Sysix. | G. Paloian | 0.30 | 184.50 |
| 02/25/08 | Conferences with S. Lorber and G. Paloian regarding motion or rule 2004 examination (.10); revise motion (.50). | J. McManus | 0.60 | 156.00 |
| 02/27/08 | Revise 2004 motion (.20); conferences with S. Lorber and G. Paloian regarding same (.10). | J. McManus | 0.30 | 78.00 |
| 02/28/08 | Revise Rule 2004 motion (.30); conference with S. Lorber regarding same (.10). | G. Paloian | 0.40 | 246.00 |
| 02/28/08 | Review and edit motion to conduct Rule 2004 examination. | S. Lorber | 0.20 | 91.00 |
| 02/29/08 | Revise Rule 2004 Motion (.20); confirm accuracy of service list and revise same (.20); cause motion to be filed with the Court (.20); oversee service of same (.10). | J. McManus | ~~0.70~~ .2 | ~~182.00~~ $52 |
| 03/11/08 | Conference regarding subpoenas. | G. Paloian | 0.30 | 184.50 |
| 03/11/08 | Court appearance on Rule 2004 motion. (.50); office conference with J. McManus regarding preparing document subpoenas (.20). | S. Lorber | 0.70 | 318.50 |
| 03/11/08 | Draft Rule 2004 subpoena to Sysix Corporation. | J. McManus | 0.50 | 130.00 |
| 03/12/08 | Prepare Rule 2004 Subpoenas to A. Abrams, R. Abrams and D. Okner (.80); prepare Riders to subpoenas (.80); conference with S. Lorber and W. Factor regarding same (.10). | J. McManus | 1.70 | 442.00 |
| 03/13/08 | Conferences with S. Lorber regarding subpoenas. | J. McManus | 0.20 | 52.00 |
| 03/18/08 | Revise subpoena riders relating to debtor's potential interest in Sysix corporation (.60); office conference with J. McManus regarding same. (.10). | S. Lorber | 0.70 | 318.50 |

Handwritten annotation: -$130

CH2 20230237.1

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 03/18/08 -$52 | Revise five Rule 2004 Subpoenas (.50); revise riders to subpoenas (.30); conference with S. Lorber regarding same (.10); assemble for service (.20). ① | J. McManus | ~~1.10~~ .9 | ~~286.00~~ 234 |
| 03/19/08 | Review Rule 45 regarding 2004 Subpoenas (.20); revise subpoenas (.30); arrange for service of same (.10). | J. McManus | 0.60 | 156.00 |
| 03/20/08 | Review e-mail correspondence from M. Siegler regarding Rule 2004 motion. | S. Lorber | 0.10 | 45.50 |
| 03/20/08 | Review correspondence from creditor regarding examination of Sysix (.10); conference with G. Paloian regarding same (.10). | J. McManus | 0.20 | 52.00 |
| 03/24/08 | Conference with S. Lorber regarding status of service on subpoena parties (.10); review affidavits of service (.10). | J. McManus | 0.20 | 52.00 |
| 03/28/08 | Review correspondence from counsel for Sysix Companies regarding response to subpoena and e-mail correspondence to G. Paloian regarding same (.10); e-mail correspondence with S. Janusek regarding status of service of various subpoenas relating to Sysix (.10). | S. Lorber | 0.20 | 91.00 |
| 04/02/08 | Conference with S. Lorber regarding subpoena responses. | J. McManus | 0.20 | 52.00 |
| 04/03/08 | Prepare Rule 2004 Subpoenas. | J. McManus | 0.30 | 78.00 |
| 04/10/08 | Conference with S. Lorber regarding Rule 2004 subpoena service and compliance. | G. Paloian | 0.20 | 123.00 |
| 04/14/08 | Communication with creditor regarding Sysix compliance with subpoena. | G. Paloian | 0.50 | 307.50 |
| 04/14/08 | E-mail correspondence with D. Cohen regarding acceptance of subpoena for Debra Okner. | S. Lorber | 0.10 | 45.50 |
| 04/18/08 | Prepare new subpoena for D. Okner. | J. McManus | 0.20 | 52.00 |
| 04/21/08 | E-mail correspondence with counsel for Sysix regarding response to Rule 2004 Subpoena. | S. Lorber | 0.10 | 45.50 |
| 04/21/08 | Reissue 2 Rule 2004 Subpoenas. | J. McManus | 0.20 | 52.00 |
| 04/28/08 | Review document produced in response to Rule 2004 subpoena. | G. Paloian | 0.70 | 430.50 |
| 04/29/08 | Review production of documents in response to Rule 2004 Subpoena. | G. Paloian | 0.70 | 430.50 |
| 04/30/08 | E-mail correspondence with counsel for Sysix regarding response to subpoena. | S. Lorber | 0.10 | 45.50 |
| 05/01/08 | Telephone conference with counsel for the Abrams regarding acceptance of service of R. Abrams subpoena (.10); confer with J. McManus regarding terminating efforts to serve same (.10). | S. Lorber | 0.20 | 91.00 |
| 05/09/08 | Review production by Abrams and Sysix regarding ownership of Sysix Stock (1.50); review settlement agreement and release (.70). | G. Paloian | 2.20 | 1,353.00 |

## FEE APPLICATIONS

| Date | Description | Attorney | Hours | Value |
|---|---|---|---|---|
| 11/16/07 | Prepare Seyfarth's Third fee application. | J. McManus | 0.60 | 132.00 |
| 11/19/07 | Revise Third fee application. | G. Paloian | 0.60 | 327.00 |
| 11/19/07 | Review and revise fee application (.80). | J. McManus | 0.80 | 176.00 |
| 11/20/07 | Additional revisions to Seyfarth's Third Fee Application. | J. McManus | 0.50 | 110.00 |
| 11/26/07 | Prepare and revise Seyfarth Fee Application pleading portion (.90); conferences with C. Riecke regarding same (.10); organize and revise exhibits to fee application (.90). | J. McManus | 1.90 | 418.00 |
| 11/27/07 | Additional and final revisions to Seyfarth Fee Application per C. Riecke (.90); assemble exhibits (.40); prepare Notice (.30); prepare Certificate of Service (.20); cause fee application to be filed with the Court (.50); oversee service of same (.20). | J. McManus | 2.50 | 550.00 |
| 12/26/07 | Court appearance on Seyfarth's Third fee application. | G. Paloian | 0.50 | 272.50 |
| 08/04/09 | Draft Seyfarth's Fourth Fee Application. | J. McManus | 1.50 | 405.00 |
| 08/06/09 | Prepare Fourth Fee Application. | J. McManus | 0.60 | 162.00 |
| 08/11/09 | Revise Fee Application (.40); confer with N. Bouchard regarding revisions to Fee Application (.10). | J. McManus | 0.50 | 135.00 |
| 08/11/09 | Review and revise Seyfarth's fourth interim fee application for J. McManus. | N. Bouchard | 0.60 | 75.00 |
| 08/12/09 | Review and revise Fee Application. | J. McManus | 0.50 | 135.00 |
| 08/12/09 | Continue revisions to Seyfarth's Fourth interim fee application for J. McManus. | N. Bouchard | 0.70 | 87.50 |
| 08/13/09 | Multiple revisions to Seyfarth's Final Fee Application for J. McManus. | N. Bouchard | 0.80 | 100.00 |
| 08/20/09 | Revise Final Fee Application. | J. McManus | 0.60 | 162.00 |
| 09/03/09 | Revise Final Fee Application for Final Report. | J. McManus | 0.60 | 162.00 |
| 09/25/09 | Revise Final Fee Applications. | J. McManus | 0.50 | 135.00 |
| 09/28/09 | Prepare and revise Accountant Fee Application. | J. McManus | 0.60 | 162.00 |
| **TOTAL** | | | 14.90 | $3,706.00 |

Total Fees ②  $16,695.50

time for 3rd fee app: $1,985.50
- cap:  $744.05
deduct $1,241.45

time for 4th fee app: $1,720.50
- cap: $744.05
deduct $976.45

CH2 20230237.1