# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| OKNER, SAMUEL P | § | Case No. 05-60123 |
| | § | |
| Debtor | § | Eugene R. Wedoff |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GUS A. PALOIAN, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | | | | | |
| GUS A. PALOIAN, TRUSTEE | | | | | |
| GUS A. PALOIAN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, INC. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| MYRON E. SIEGEL | | | | | |
| MYRON E. SIEGEL & ASSOCIATES, LTD. | | | | | |
| POLSINELLI CLIENT FUNDS | | | | | |
| SCM, INC. | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| SEYFARTH SHAW LLP | | | | | |
| NISEN & ELLIOTT | | | | | |
| NISEN & ELLIOTT | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| 000017B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Refrigeration LLC 11572 Davis Creek Court Jacksonville, FL 32256 | | | | | |
| | Biederman, William M. 33 W. Wacker Dr. Suite 1800 Chicago, IL 606061288 | | | | | |
| | Brickyard Bank 6676 N. Lincoln Ave Lincolnwood, IL 60712 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CIB Bank c/o First Bank Attn: Maurice F. Houlihan, Jr. 900 E. Higgins Road Elk Grove Village, IL 60007 | | | | | |
| | Chicago Title Insurance company 601 Riverside Avenue Jacksonville, FL 32204 | | | | | |
| | Northside Community Bank c/o Michael A. Haber & Associates 120 W. Madison, Suite 600 Chicago, IL 60602 | | | | | |
| | Schopf & Weiss, LLP 312 West Randolph Street Suite 300 Chicago, IL 606061721 | | | | | |
| | The Northern Trust Company c/o Baker, Miller Markoff & Krasny 29 N. Wacker, 5th Floor Chicago, IL 60606 | | | | | |
| | United Community Bank of Lisle 1026 Ogden Avenue Lisle, IL 60532 | | | | | |
| 000012 | ABRAMS FAMILY LLC | | | | | |
| 000011 | ABRAMS, ALAN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | ABRAMS, ALAN | | | | | |
| 000010 | ABRAMS, RONALD | | | | | |
| 000008 | AKPHARMA INC. | | | | | |
| 000009 | DAVID E. COHEN, P.C. | | | | | |
| 000004 | GLENVIEW FINAN. SERV ASSIGNEE TO CA | | | | | |
| 000007 | ILLINOIS CITIZENS FINANCIAL INC. | | | | | |
| 000017A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000015 | MARYLAND & VIRGINIA MILK PRODUCERS | | | | | |
| 000001 | MYRON E. SIEGEL | | | | | |
| 000003 | NEAL, GERBER & EISENBERG LLP | | | | | |
| 000014 | QUALITY REBUILDERS INC | | | | | |
| 000016 | ROSS PRODUCTS | | | | | |
| 000013A | SACK COMPANY MAINTENANCE, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013B | SACK COMPANY MAINTENANCE, INC. | | | | | |
| 000005 | WEISSENT, ALEXANDER "SANDY" | | | | | |
| | ABRAMS, ALAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 05-60123 | ERW | Judge: EUGENE R. WEDOFF | | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | | | | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | | | | 341(a) Meeting Date: | 05/19/06 |
| For Period Ending: | 12/23/10 | | | | | Claims Bar Date: | 01/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CREDITOR LOAN TO FUND THE ESTATE (u)   CREDITOR FUNDS RECEIVED FROM PETITIONING CREDITORS TO FUND THE ESTATE | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 2. CASH ON HAND | 400.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS   CHECKING ACCOUNT - NORTHSHORE COMMUNITY BANK | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS   FURNITURE AND COOKWARE | Unknown | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. JEWELRY   WATCH | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING   401(K) PLAN | 3,385.00 | 0.00 | DA | 0.00 | FA |
| 8. STOCK AND BUSINESS INTERESTS   266 HARBOR CORP - STOCK OWNERSHIP (CORPORATION DISSOLED 7/1/00) | 0.00 | 0.00 | | 0.00 | FA |
| 9. STOCK AND BUSINESS INTERESTS   278 SCOTT ST. LLC - MEMBER INTEREST (LLC DISSOLVED 1/28/03) | 0.00 | 0.00 | | 0.00 | FA |
| 10. STOCK AND BUSINESS INTERESTS   THE BRAKE STOPS HERE, LLC - MEMBER INTEREST (LLC DISSOLVED 1/1/03) | 0.00 | 0.00 | | 0.00 | FA |
| 11. STOCK AND BUSINESS INTERESTS   THE DEVELOPMENT COMPANY - MEMBER INTEREST (LLC DISSOLVED 2/28/03) | 0.00 | 0.00 | | 0.00 | FA |
| 12. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 05-60123   ERW   Judge: EUGENE R. WEDOFF |
| Case Name: | OKNER, SAMUEL P |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/15/05 (f) |
| 341(a) Meeting Date: | 05/19/06 |
| Claims Bar Date: | 01/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| FIRST STREET LLC - MEMBER INTEREST (LLC DISSOLVED9/28/03) | | | | | |
| 13. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| INTERNATIONAL BEVERAGE PARTNERS, LLC - MEMBER INTEREST (LLC DISSOLVED1/28/02) | | | | | |
| 14. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| LEARN UNIVERSITY.COM, INC. - SHAREHOLDER (CORPORATION DISSOLVED 8/1/01) | | | | | |
| 15. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| NATURAL NEW ORLEANS CATERING & DELI, LLC - MANAGER (LLC DISSOLVED 5/29/00) | | | | | |
| 16. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| SHOT IN THE DARK PRODUCTIONS, INC. - SHAREHOLDER (CORPORATION DISSOLVED 8/1/02) | | | | | |
| 17. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| SOA FOR GO, LLC - MANAGER (LLC DISSOLVED 2/28/03) | | | | | |
| 18. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| TAKE A FLYER LLC - MEMBER (LLC DISSOLVED 11/28/02) | | | | | |
| 19. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| TRICOM SOLUTIONS, LLC - MEMBER (LLC DISSOLVED 9/28/03) | | | | | |
| 20. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 60 WEST LLC - MANAGER (LLC DISSOLVED 1/1/03) | | | | | |
| 21. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| FREEDMAN'S STEAK & SEAFOOD, INC. - 8.28% OF STOCK ISSUES | | | | | |
| 22. INTEREST IN PARTNERSHIPS OR JOINT | Unknown | 0.00 | | 0.00 | FA |

FORM

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | |
|---|---|
| Case No:        05-60123      ERW   Judge: EUGENE R. WEDOFF | |
| Case Name:   OKNER, SAMUEL P | |

| | |
|---|---|
| Trustee Name:        GUS A. PALOIAN, TRUSTEE | |
| Date Filed (f) or Converted (c):   10/15/05 (f) | |
| 341(a) Meeting Date:   05/19/06 | |
| Claims Bar Date:   01/29/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| BENCHMARK PROPERTIES | | | | | |
| 23. INTEREST IN PARTNERSHIPS OR JOINT | Unknown | 0.00 | | 0.00 | FA |
| BIALYSTOCK & BLOOM LTD. PARTNERSHIP - LIMITED PARTNER | | | | | |
| 24. INTEREST IN PARTNERSHIPS OR JOINT | Unknown | 0.00 | | 0.00 | FA |
| MONROE PROPERTIES LIMITED PARTNERSHIP - GENERAL PARTNER | | | | | |
| 25. INTEREST IN PARTNERSHIPS OR JOINT | Unknown | 0.00 | | 0.00 | FA |
| SWING BROADWAY COMPANY - LIMITED PARTNER INTEREST | | | | | |
| 26. INTEREST IN PARTNERSHIPS OR JOINT | Unknown | 0.00 | | 0.00 | FA |
| SWING TOUR CO. LP - LIMITED PARTNER | | | | | |
| 27. LIQUIDATED DEBTS OWING DEBTOR | Unknown | 0.00 | | 0.00 | FA |
| CLAIM AGAINST MESSAGE AMERICA FOR BREACH OF CONSULTING AGREEMENT | | | | | |
| 28. AUTOMOBILES AND OTHER VEHICLES | Unknown | 0.00 | | 0.00 | FA |
| 1994 FORD PICKUP | | | | | |
| 29. AUTOMOBILES AND OTHER VEHICLES | 5,800.00 | 0.00 | | 0.00 | FA |
| 1998 JEEP CARRYALL | | | | | |
| 30. AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | | 0.00 | FA |
| 1997 TOYOTA PREVIA VAN | | | | | |
| 31. OFFICE EQUIPMENT, FURNISHINGS, AND | Unknown | 0.00 | | 0.00 | FA |
| COMPUTER | | | | | |
| 32. PERSONAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |
| BENEFICIARY OF SAMUEL P. OKNER FAMILY TRUSTE UAD 5/14/96 | | | | | |
| 33. SETTLEMENT FUNDS (u) | 1,096,070.96 | 1,096,070.96 | | 1,096,070.96 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit 8

| Case No: | 05-60123 | ERW | Judge: EUGENE R. WEDOFF | | |
| Case Name: | OKNER, SAMUEL P | | | | |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/15/05 (f) |
| 341(a) Meeting Date: | 05/19/06 |
| Claims Bar Date: | 01/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| PURSUANT TO SETTLEMENT BETWEEN TRUSTEE AND SEYMOUR OKNER, ET. AL.<br><br>INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4,288.55 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,106,755.96 | $1,116,070.96 | | $1,120,359.51 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was filed with the Court on January 28, 2010.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 01/31/10

FOR PERIOD

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-60123  -ERW | |
| Case Name: | OKNER, SAMUEL P | |
| | | |
| Taxpayer ID No: | *******9036 | |
| For Period Ending: | 12/23/10 | |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4060  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/06 | 1 | SCM, Inc. | CREDITOR LOAN TO FUND ESTATE | 1290-000 | 6,300.00 | | 6,300.00 |
| 09/22/06 | 1 | DYKEMA GOSSETT PLLC | CREDITOR LOAN TO FUND ESTATE | 1290-000 | 10,000.00 | | 16,300.00 |
| 09/28/06 | 000201 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | | | 10,904.70 | 5,395.30 |
| | | | FIRST INTERIM FEE APPLICATION FEES AND | | | | |
| | | | EXPENSES PER COURT ORDER DATED 9/21/06 | | | | |
| | | | Fees            10,656.50 | 3110-000 | | | |
| | | | Expenses            248.20 | 3120-000 | | | |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.58 | | 5,398.88 |
| 10/30/06 | 1 | MYRON E. SIEGEL & ASSOCIATES, LTD. | CREDITOR LOAN TO FUND ESTATE | 1290-000 | 3,700.00 | | 9,098.88 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.89 | | 9,103.77 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.48 | | 9,111.25 |
| 12/13/06 | 000202 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | 3110-000 | | 5,000.00 | 4,111.25 |
| | | | FIRST INTERIM FEE APPLICATION FEES AND | | | | |
| | | | EXPENSES PER COURT ORDER DATED 9/21/06 | | | | |
| | | | BALANCE OF $15,000 DUE ON FEE | | | | |
| | | | APPLICATION | | | | |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.82 | | 4,117.07 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.50 | | 4,120.57 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.16 | | 4,123.73 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.50 | | 4,127.23 |
| 04/23/07 | 000203 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM | 2300-000 | | 5.48 | 4,121.75 |
| | | | 2/1/07 - 2/1/08 | | | | |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.40 | | 4,125.15 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.50 | | 4,128.65 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.39 | | 4,132.04 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.51 | | 4,135.55 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.51 | | 4,139.06 |
| 09/20/07 | 33 | CHICAGO TITLE AND TRUST COMPANY | SETTLEMENT | 1249-000 | 1,096,070.96 | | 1,100,210.02 |

Page Subtotals            1,116,120.20            15,910.18

Ver: 16.01a

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| Case No: | 05-60123 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4060  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9036 | | | |
| For Period Ending: | 12/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/07 | | Transfer to Acct #*******4138 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 1,050,210.02 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.650 | 1270-000 | 286.67 | | 1,050,496.69 |
| 10/03/07 | | Transfer to Acct #*******4138 | Bank Funds Transfer FOR PAYMENT TO CREDITORS | 9999-000 | | 18,000.00 | 1,032,496.69 |
| 10/09/07 | | Transfer to Acct #*******4138 | Bank Funds Transfer FOR PAYMENT OF FEES TO COUNSEL AND TRUSTEE | 9999-000 | | 56,000.00 | 976,496.69 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.650 | 1270-000 | 1,390.31 | | 977,887.00 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.650 | 1270-000 | 1,294.80 | | 979,181.80 |
| 11/30/07 | | Transfer to Acct #*******4138 | Bank Funds Transfer FOR PAYMENT OF PARTIAL DISTRIBUTION TO CREDITORS | 9999-000 | | 694,000.00 | 285,181.80 |
| 12/27/07 | | Transfer to Acct #*******4138 | Bank Funds Transfer | 9999-000 | | 45,000.00 | 240,181.80 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 341.30 | | 240,523.10 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 206.37 | | 240,729.47 |
| 02/07/08 | 000204 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 214.72 | 240,514.75 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 95.32 | | 240,610.07 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 92.69 | | 240,702.76 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 78.92 | | 240,781.68 |
| 05/12/08 | | Transfer to Acct #*******4138 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 225,781.68 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 48.93 | | 225,830.61 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 46.28 | | 225,876.89 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 47.83 | | 225,924.72 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 47.83 | | 225,972.55 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 46.31 | | 226,018.86 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 41.07 | | 226,059.93 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 37.06 | | 226,096.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 22.73 | | 226,119.72 |

Page Subtotals          4,124.42          878,214.72

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page:   3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-60123 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4060  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9036 | | |
| For Period Ending: | 12/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.84 | | 226,123.56 |
| 02/11/09 | 000205 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 189.48 | 225,934.08 |
| | | 701 POYDRAS ST., SUITE 420 | BOND PREMIUM 2/2/09 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.47 | | 225,937.55 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.84 | | 225,941.39 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.29 | | 225,950.68 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.59 | | 225,960.27 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.30 | | 225,969.57 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.60 | | 225,979.17 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.60 | | 225,988.77 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.29 | | 225,998.06 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.59 | | 226,007.65 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.30 | | 226,016.95 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.60 | | 226,026.55 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.59 | | 226,036.14 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.67 | | 226,044.81 |
| 03/02/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 226,045.13 |
| 03/02/10 | | Transfer to Acct #*******4138 | Final Posting Transfer | 9999-000 | | 226,045.13 | 0.00 |

| | | | | Page Subtotals | 114.89 | 226,234.61 | |

Ver: 16.01a

FORM 2   Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-60123  -ERW |
| Case Name: | OKNER, SAMUEL P |
| | |
| Taxpayer ID No: | *******9036 |
| For Period Ending: | 12/23/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4060  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,120,359.51 | 1,120,359.51 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,104,045.13 | |
| | | | Subtotal | | 1,120,359.51 | 16,314.38 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,120,359.51 | 16,314.38 | |

Page Subtotals                    0.00                    0.00

Ver: 16.01a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-60123 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4138 BofA Checking Account |
| Taxpayer ID No: | *******9036 | | | |
| For Period Ending: | 12/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/07 | | Transfer from Acct #*******4060 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,000.00 |
| 09/26/07 | 002001 | NISEN & ELLIOTT | ATTORNEY FEES & EXPENSES PURSUANT TO COURT ORDER ENTERED ON 9/26/07 | | | 47,454.00 | 2,546.00 |
| | | | Fees              47,362.00 | 3210-600 | | | |
| | | | Expenses              92.00 | 3220-610 | | | |
| 10/03/07 | | Transfer from Acct #*******4060 | Bank Funds Transfer FOR PAYMENT TO CREDITORS | 9999-000 | 18,000.00 | | 20,546.00 |
| 10/03/07 | 002002 | POLSINELLI CLIENT FUNDS | CREDITOR LOAN TO FUND ESTATE RETURN OF FUNDS TO CREDITOR | 2990-000 | | 10,000.00 | 10,546.00 |
| 10/03/07 | 002003 | SCM, INC. | CREDITOR LOAN TO FUND ESTATE REFUND TO CREDITOR | 2990-000 | | 6,300.00 | 4,246.00 |
| 10/03/07 | 002004 | MYRON E. SIEGEL & ASSOCIATES, LTD. | CREDITOR LOAN TO FUND ESTATE REFUND TO CREDITOR | 2990-000 | | 3,700.00 | 546.00 |
| 10/09/07 | | Transfer from Acct #*******4060 | Bank Funds Transfer FOR PAYMENT OF FEES TO COUNSEL AND TRUSTEE | 9999-000 | 56,000.00 | | 56,546.00 |
| 10/09/07 | 002005 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION FOR PERIOD 12/16/05 THROUGH 7/31/07, PURSUANT TO COURT ORDER DATED 10/9/07 | 2100-000 | | 21,166.00 | 35,380.00 |
| 10/09/07 | 002006 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FOR PERIOD 8/1/06 THROUGH 7/31/07, PURSUANT TO COURT ORDER DATED 10/9/07 | | | 33,889.62 | 1,490.38 |
| | | | Fees              31,117.00 | 3110-000 | | | |
| | | | Expenses         2,772.62 | 3120-000 | | | |
| 11/30/07 | | Transfer from Acct #*******4060 | Bank Funds Transfer FOR PAYMENT OF PARTIAL DISTRIBUTION TO CREDITORS | 9999-000 | 694,000.00 | | 695,490.38 |

| | | | Page Subtotals | | 818,000.00 | 122,509.62 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 16.01a

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-60123  -ERW |
| Case Name: | OKNER, SAMUEL P |
| Taxpayer ID No: | *******9036 |
| For Period Ending: | 12/23/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4138  BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/30/07 | 002007 | Myron E. Siegel<br>2275 Half Day Road<br>Suite 350-PMB 1293<br>Deerfield, IL 60015-1277 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | 6,627.88 | 688,862.50 |
| * 11/30/07 | 002007 | Myron E. Siegel<br>2275 Half Day Road<br>Suite 350-PMB 1293<br>Deerfield, IL 60015-1277 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | -6,627.88 | 695,490.38 |
| 11/30/07 | 002008 | Abrams, Ronald<br>6676 N. Lincoln Ave.<br>Lincolnwood, IL 60712 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 6,627.88 | 688,862.50 |
| 11/30/07 | 002009 | Quality Rebuilders Inc<br>25154 Doolittle Drive<br>Monee, IL 60449 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 47,015.05 | 641,847.45 |
| 11/30/07 | 002010 | Myron E. Siegel<br>2275 Half Day Road<br>Suite 350-PMB 1293<br>Deerfield, IL 60015-1277 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 79,694.92 | 562,152.53 |
| 11/30/07 | 002011 | Neal, Gerber & Eisenberg LLP<br>Jerry H. Biederman<br>Two North LaSalle Street<br>Chicago, IL 60602-3801 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 987.77 | 561,164.76 |
| 11/30/07 | 002012 | CadleRock Joint Venture, L.P.<br>100 N Center Street<br>Newton Falls, OH 44444 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 85,076.40 | 476,088.36 |
| 11/30/07 | 002013 | Weissent, Alexander "Sandy"<br>1415 N Dearborn Parkway<br>Unit 22D<br>Chicago, Illinois 60610 | | 7100-000 | | 8,483.68 | 467,604.68 |
| 11/30/07 | 002014 | AkPharma Inc. | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 16,491.09 | 451,113.59 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 244,376.79 |

Ver: 16.01a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 05-60123 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4138  BofA Checking Account |
| Taxpayer ID No: | *******9036 | | |
| For Period Ending: | 12/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/07 | 002015 | PO Box 111<br>Pleasantville, NJ 08232<br>David E. Cohen, P.C.<br>55 West Monroe Street<br>Suite 600<br>Chicago, IL 60603 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-000 | | 707.48 | 450,406.11 |
| * 11/30/07 | 002016 | Sack Company Maintenance, Inc.<br>Charles M Baum<br>180 North LaSalle St. Ste 2700<br>Chicago, IL 60601 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | 165,339.99 | 285,066.12 |
| * 11/30/07 | 002016 | Sack Company Maintenance, Inc.<br>Charles M Baum<br>180 North LaSalle St. Ste 2700<br>Chicago, IL 60601 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | -165,339.99 | 450,406.11 |
| * 11/30/07 | 002017 | Maryland & Virginia Milk Producers Coop Assn<br>Peter J Schmidt<br>180 N Stetson Ste 4525<br>Chicago, IL 60606 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | 269,700.87 | 180,705.24 |
| * 11/30/07 | 002017 | Maryland & Virginia Milk Producers Coop Assn<br>Peter J Schmidt<br>180 N Stetson Ste 4525<br>Chicago, IL 60606 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | -269,700.87 | 450,406.11 |
| * 11/30/07 | 002018 | Ross Products<br>c/o Weltman, Weinberg & Reis<br>10 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | 7,155.74 | 443,250.37 |
| * 11/30/07 | 002018 | Ross Products<br>c/o Weltman, Weinberg & Reis<br>10 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | PARTIAL DISTRIBUTION TO CREDITORS | 7100-003 | | -7,155.74 | 450,406.11 |

Page Subtotals  0.00  707.48

Ver: 16.01a

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-60123 -ERW |
| Case Name: | OKNER, SAMUEL P |

| | |
|---|---|
| Taxpayer ID No: | *******9036 |
| For Period Ending: | 12/23/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4138  BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/07 | 002019 | Abrams, Alan<br>6676 N. Lincolnwood Ave.<br>Lincolnwood, IL 60712 | PARTIAL DISTRIBUTION TO CREDITORS | | | 6,627.88 | 443,778.23 |
| | | | Claim          6,627.00 | 7100-000 | | | |
| | | | Interest            0.88 | 7990-000 | | | |
| 11/30/07 | 002020 | Sack Company Maintenance, Inc. | PARTIAL DISTRIBUTION TO CREDITORS<br>Charles M Baum<br>180 North LaSalle St. Ste 2700<br>Chicago, IL 60601 | 7100-000 | | 165,339.99 | 278,438.24 |
| 11/30/07 | 002021 | Maryland & Virginia Milk Producers<br>Coop Assn | PARTIAL DISTRIBUTION TO CREDITORS<br>Peter J Schmidt<br>180 N Stetson Ste 4525<br>Chicago, IL 60606 | 7100-000 | | 269,700.87 | 8,737.37 |
| 11/30/07 | 002022 | Ross Products | PARTIAL DISTRIBUTION TO CREDITORS<br>c/o Weltman, Weinberg & Reis<br>10 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | 7100-000 | | 7,155.74 | 1,581.63 |
| 12/27/07 | | Transfer from Acct #*******4060 | Bank Funds Transfer | 9999-000 | 45,000.00 | | 46,581.63 |
| 12/27/07 | 002023 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES<br>FOR PERIOD 8/1/07 THROUGH 11/15/07 | | | 37,797.57 | 8,784.06 |
| | | | Fees            37,045.00 | 3110-000 | | | |
| | | | Expenses          752.57 | 3120-000 | | | |
| 12/27/07 | 002024 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION<br>FOR PERIOD 8/1/07 THROUGH 11/15/07 | 2100-000 | | 7,045.00 | 1,739.06 |
| 05/12/08 | | Transfer from Acct #*******4060 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 16,739.06 |
| 05/12/08 | 002025 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES<br>FIRST INTERIM FEE APPLICATION FEES AND<br>EXPENSES PER COURT ORDER DATED 9/21/06<br>BALANCE OF 15,000 IS PAID WITH THIS | 3110-000 | | 15,000.00 | 1,739.06 |

| | Page Subtotals | 60,000.00 | 508,667.05 |
|---|---|---|---|

Ver: 16.01a

Page: 9

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-60123  -ERW |
| Case Name: | OKNER, SAMUEL P |

| Taxpayer ID No: | *******9036 |
| For Period Ending: | 12/23/10 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4138  BofA Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | PAYMENT | | | | |
| 03/02/10 | | Transfer from Acct #*******4060 | Transfer In From MMA Account | 9999-000 | 226,045.13 | | 227,784.19 |
| 03/02/10 | 002026 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | 28,649.23 | 199,134.96 |
| | | | FOR PERIOD 11/16/07 THROUGH CLOSE OF CASE - PURSUANT TO COURT ORDER DATED 3/2/10 | | | | |
| 03/02/10 | 002027 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | | | 15,255.61 | 183,879.35 |
| | | | FOR PERIOD 11/16/07 THROUGH CLOSE OF CASE -  PURSUANT TO COURT ORDER DATED 3/2/10 | | | | |
| | | | Fees          14,173.60 | 3110-000 | | | |
| | | | Expenses       1,082.01 | 3120-000 | | | |
| 03/02/10 | 002028 | POPOWCER KATTEN, LTD. | ACCOUNTANT FEES | 3410-000 | | 2,343.50 | 181,535.85 |
| | | | FIRST AND FINAL FEE APPLICATION FOR PERIOD 11/1/07 THROUGH CLOSE OF CASE | | | | |
| 03/17/10 | 002029 | Myron E. Siegel | Claim 000002, Payment 100.00000% | 2990-000 | | 2,209.00 | 179,326.85 |
| | | 2275 Half Day Road | | | | | |
| | | Suite 350-PMB 1293 | | | | | |
| | | Deerfield, IL 60015-1277 | | | | | |
| 03/17/10 | 002030 | Illinois Department of Revenue | Claim 000017B, Payment 100.00000% | 5800-000 | | 5,879.13 | 173,447.72 |
| | | Bankruptcy Section | | | | | |
| | | 100 West Randolph Street Level 7-425 | | | | | |
| | | Chicago, Illinois 60601 | | | | | |
| 03/17/10 | 002031 | Myron E. Siegel | Claim 000001, Payment 3.89202% | 7100-000 | | 19,889.81 | 153,557.91 |
| | | 2275 Half Day Road | | | | | |
| | | Suite 350-PMB 1293 | | | | | |
| | | Deerfield, IL 60015-1277 | | | | | |
| 03/17/10 | 002032 | Neal, Gerber & Eisenberg LLP | Claim 000003, Payment 3.89161% | 7100-000 | | 246.49 | 153,311.42 |
| | | Jerry H. Biederman | | | | | |
| | | Two North LaSalle Street | | | | | |

|  | Page Subtotals | 226,045.13 | 74,472.77 |

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-60123 -ERW | |
| Case Name: | OKNER, SAMUEL P | |

| | |
|---|---|
| Taxpayer ID No: | *******9036 |
| For Period Ending: | 12/23/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4138  BofA Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Chicago, IL 60602-3801 | | | | | |
| | 03/17/10 | 002033 | GLENVIEW FINANCIAL SERVICES, INC. | Claim 000004, Payment 3.89164% | 7100-000 | | 21,230.32 | 132,081.10 |
| | | | Assignee to CadleRock Joint Venture | | | | | |
| | | | 100 N Center Street | | | | | |
| | | | Newton Falls, OH 44444 | | | | | |
| | 03/17/10 | 002034 | Weissent, Alexander "Sandy" | Claim 000005, Payment 3.89165% | 7100-000 | | 2,117.06 | 129,964.04 |
| | | | 1415 N Dearborn Parkway | | | | | |
| | | | Unit 22D | | | | | |
| | | | Chicago, Illinois 60610 | | | | | |
| | 03/17/10 | 002035 | AkPharma Inc. | Claim 000008, Payment 3.89164% | 7100-000 | | 4,115.26 | 125,848.78 |
| | | | PO Box 111 | | | | | |
| | | | Pleasantville, NJ 08232 | | | | | |
| | 03/17/10 | 002036 | David E. Cohen, P.C. | Claim 000009, Payment 3.89168% | 7100-000 | | 176.55 | 125,672.23 |
| | | | 55 West Monroe Street | | | | | |
| | | | Suite 600 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| | 03/17/10 | 002037 | Abrams, Ronald | Claim 000010, Payment 3.89162% | 7100-000 | | 1,653.94 | 124,018.29 |
| | | | 6676 N. Lincoln Ave. | | | | | |
| | | | Lincolnwood, IL 60712 | | | | | |
| * | 03/17/10 | 002038 | Sack Company Maintenance, Inc. | Claim 000013A, Payment 3.89164% | 7100-004 | | 41,259.65 | 82,758.64 |
| | | | Charles M Baum | | | | | |
| | | | 180 North LaSalle St. Ste 2700 | | | | | |
| | | | Chicago, IL 60601 | | | | | |
| * | 03/17/10 | 002039 | Quality Rebuilders Inc | Claim 000014, Payment 3.89164% | 7100-004 | | 11,732.33 | 71,026.31 |
| | | | 25154 Doolittle Drive | | | | | |
| | | | Monee, IL 60449 | | | | | |
| | 03/17/10 | 002040 | Maryland & Virginia Milk Producers Coop Assn | Claim 000015, Payment 3.89164% | 7100-000 | | 67,302.29 | 3,724.02 |
| | | | Peter J Schmidt | | | | | |
| | | | 180 N Stetson Ste 4525 | | | | | |
| | | | Chicago, IL 60606 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 149,587.40 |

Ver: 16.01a

FORM 2                                                                                    Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 05-60123  -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4138  BofA Checking Account |
| Taxpayer ID No: | *******9036 | | |
| For Period Ending: | 12/23/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/17/10 | 002041 | Ross Products<br>c/o Weltman, Weinberg & Reis<br>10 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | Claim 000016, Payment 3.89164% | 7100-004 | | 1,785.67 | 1,938.35 |
| 03/17/10 | 002042 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-425<br>Chicago, Illinois 60601 | Claim 000017A, Payment 19.48660% | 7100-000 | | 283.53 | 1,654.82 |
| 03/17/10 | 002043 | Abrams, Alan<br>6676 N. Lincolnwood Ave.<br>Lincolnwood, IL 60712 | Claim 000018, Payment 3.89369% | 7100-000 | | 1,654.82 | 0.00 |
| * 07/13/10 | 002038 | Sack Company Maintenance, Inc.<br>Charles M Baum<br>180 North LaSalle St. Ste 2700<br>Chicago, IL 60601 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -41,259.65 | 41,259.65 |
| * 07/13/10 | 002039 | Quality Rebuilders Inc<br>25154 Doolittle Drive<br>Monee, IL 60449 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -11,732.33 | 52,991.98 |
| * 07/13/10 | 002041 | Ross Products<br>c/o Weltman, Weinberg & Reis<br>10 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,785.67 | 54,777.65 |
| * 07/16/10 | 002044 | Sack Company Maintenance, Inc.<br>Charles M Baum<br>180 North LaSalle St. Ste 2700<br>Chicago, IL 60601 | Claim 000013A, Payment 3.89164% | 7100-004 | | 41,259.65 | 13,518.00 |
| 07/16/10 | 002045 | Quality Rebuilders Inc.<br>Attn:  Donald Alles, President<br>25154 Doolittle Drive<br>Monee, IL 60449 | Claim 000014, Payment 3.89164% | 7100-000 | | 11,732.33 | 1,785.67 |

|  |  | Page Subtotals | | | 0.00 | 1,938.35 |  |

Ver: 16.01a

FOR REG

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

**Exhibit 9**

Case No:         05-60123  -ERW
Case Name:    OKNER, SAMUEL P

Taxpayer ID No:  *******9036
For Period Ending:  12/23/10

Trustee Name:        GUS A. PALOIAN, TRUSTEE
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:    *******4138  BofA Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/28/10 | 002046 | Ross Products c/o Kohner Mann Kailas 4650 North Port Washington Rd. Milwaukee, WI 53212-1059 | Claim 000016, Payment 3.89164% | 7100-000 | | 1,785.67 | 0.00 |
| * 08/18/10 | 002044 | Sack Company Maintenance, Inc. Charles M Baum 180 North LaSalle St. Ste 2700 Chicago, IL 60601 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -41,259.65 | 41,259.65 |
| 08/18/10 | 002047 | Sack Company Maintenance, Inc. Charles M Baum 10 S. Wacker, Suite 2300 Chicago, IL 60606 | Claim 000013A, Payment 3.89164% | 7100-000 | | 41,259.65 | 0.00 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 1,104,045.13 | 1,104,045.13 | 0.00 |
| Less:  Bank Transfers/CD's | 1,104,045.13 | 0.00 | |
| Subtotal | 0.00 | 1,104,045.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,104,045.13 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******4060 | 1,120,359.51 | 16,314.38 | 0.00 |
| BofA Checking Account - ********4138 | 0.00 | 1,104,045.13 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 1,120,359.51 | 1,120,359.51 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         1,785.67

Ver: 16.01a

FORM 1

Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-60123  -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | OKNER, SAMUEL P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4138  BofA Checking Account |
| Taxpayer ID No: | *******9036 | | |
| For Period Ending: | 12/23/10 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 16.01a